## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br>and the AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION, as Next Friend,<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>*Petitioners*,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>   in his official capacity as SECRETARY OF<br>   DEFENSE,<br>1400 Defense Pentagon<br>Washington, DC 20301-1400<br><br>*Respondent*. | Civil Action No. _____ |

## **CERTIFICATE RULE LCvR 7.1**

I, the undersigned, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the American Civil Liberties Union Foundation that have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                         /s/ Hina Shamsi
                                        Hina Shamsi (D.C. Bar No. MI0071)
                                        American Civil Liberties Union Foundation
                                        125 Broad Street—18th Floor
                                        New York, New York 10004
                                        Phone: 212-549-2500
                                        hshamsi@aclu.org

Dated:   October 5, 2017