UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,
and the AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, as Next Friend,
125 Broad Street, 18th Floor
New York, NY 10004

        Petitioners,

   v.

GEN. JAMES N. MATTIS,
in his official capacity as SECRETARY OF
DEFENSE,
1400 Defense Pentagon
Washington, DC 20301-1400

        Respondent.

No. 17-cv-2069

**ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR PETITIONERS**

The Clerk will please enter the appearance of the undersigned as additional counsel for the petitioners.

        /s/ *Arthur B. Spitzer*
        Arthur B. Spitzer (D.C. Bar No. 235960)
        American Civil Liberties Union of the District of Columbia
        4301 Connecticut Avenue, N.W., Suite 434
        Washington, DC 20008
        Tel. (202) 457-0800
        Fax (202) 457-0805
        aspitzer@acludc.org

October 5, 2017