UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, as Next Friend, on behalf of
Unnamed U.S. Citizen in U.S. Military Detention,

*Petitioner*,

v.

GEN. JAMES N. MATTIS,
in his official capacity as SECRETARY OF
DEFENSE,

*Respondent*.

No. 17-cv-2069 (TSC)

## ORDER

Upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 4) and the Emergency Motion for Order to Show Cause on Counsel Access (ECF No. 7), the court GRANTS in part and DENIES in part the Emergency Motion, and orders the following:

1. Petitioner American Civil Liberties Union Foundation ("ACLUF") shall promptly serve a copy of this Order, the Petition for a Writ of Habeas Corpus (ECF No. 4), and the ACLUF's Emergency Motion for Order to Show Cause on Counsel Access (ECF No. 7) on the Respondent, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia, Special Proceedings Division.

2. Within 10 days of service of this Order, Respondent shall explain, in writing, why Respondent should not give the ACLUF access to the Unnamed U.S. Citizen in Respondent's custody to advise him of his rights and provide him with the opportunity to obtain legal representation.  The ACLUF shall file any reply within 3 days of service of the opposition.

To the extent the court deems a hearing necessary, the court will schedule a hearing on the ACLUF's Emergency Motion at the court's earliest convenience.

Date:  October 19, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge