AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Civil Liberties Union Foundation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-02069-TSC |
| Mattis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union Foundation.

Date: 11/27/2017

/s/ Brett Kaufman
*Attorney's signature*

Brett Kaufman (Bar No. NY0224)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY, 10004
*Address*

bkaufman@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*