IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br>and the AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION, as Next Friend,<br><br>Petitioners,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY<br>  OF DEFENSE,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:17-cv-2069 (TSC) |

**RESPONDENT'S ADDENDUM REGARDING COURT'S INQUIRY**

At the hearing today in the above-captioned action, the Court inquired about whether the visits of International Committee of the Red Cross ("ICRC") personnel to the detainee who is the subject of the petition in this case occurred before or after the detainee invoked his *Miranda* right not to be questioned without a lawyer present. Respondent has confirmed that the detainee invoked his *Miranda* right, as described in Paragraph 2 of Respondent's November 30, 2017 filing, on September 25, 2017, prior to the ICRC visits on September 29, 2017 and October 23, 2017. The detainee's further communication that he did not wish to speak with agents of the FBI, described in Paragraph 3 of Respondent's November 30, 2017 filing, occurred on September 27, 2017, also prior to the ICRC visits.

December 11, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY

Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC   20530
Tel.   (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*