# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, as Next Friend, on behalf of Unnamed U.S. Citizen, <br><br> Petitioner, <br><br> v. <br><br> GEN. JAMES N. MATTIS, in his official Capacity as SECRETARY OF DEFENSE, <br><br> Respondent. | Case No. 17-cv-2069 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby DENIES Respondent's Motion to Dismiss (ECF No. 11). Respondent is hereby ordered to: (1) permit the ACLUF immediate and unmonitored access, in person or via videoconferencing, to the detainee for the sole purpose of determining whether the detainee wishes for the ACLUF to continue this action on his behalf; and (2) refrain from transferring the detainee until the ACLUF informs the court of the detainee's wishes. The Defense Department may renew its motion to dismiss should the court learn that the detainee does not wish for the ACLUF to continue this action.

Date:  December 23, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge