**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, *Petitioner*, v. GEN. JAMES N. MATTIS, in his official capacity as SECRETARY OF DEFENSE, *Respondent*. | No. 17-cv-2069 (TSC) |

### *[PROPOSED]* ORDER

Upon consideration of Petitioner's Response to the Court's Order of December 23, 2017, and Motion Regarding Continued Interim Relief, it is hereby:

**ORDERED** that the Clerk of Court shall change the docket to reflect that the Petitioner is now John Doe and not the American Civil Liberties Union Foundation. It is further

**ORDERED** that pursuant to 28 U.S.C. § 2243, Respondent shall file by January 10, 2018, a Return to the Petition for a Writ of Habeas Corpus. And it is

**FURTHER ORDERED** that Respondent shall refrain from transferring Petitioner until the Court issues a final judgment on his habeas corpus petition.

**SO ORDERED.**

_____
Tanya S. Chutkan
United States District Judge

DATED: January \_\_\_, 2018