UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>      *Petitioner*,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>      *Respondent*. | No. 17-cv-2069 (TSC) |

## ORDER

Upon consideration of Petitioner's motion for leave to continue this action under the pseudonym John Doe (ECF No. 36), and the government's response thereto (ECF No. 37), it is hereby:

**ORDERED** that the motion is GRANTED, without prejudice to the court's consideration of any objection that the government might raise to continuing use of a pseudonym in the future. Petitioner may proceed herein by the pseudonym John Doe.  It is further

**ORDERED** that any document revealing either John Doe's true identity or distinguishing characteristics shall be filed under seal, with a redacted public filing made simultaneously or promptly thereafter.

Date:  January 12, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge