# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> *Petitioner*, <br><br> v. <br><br> GEN. JAMES N. MATTIS, <br>   in his official capacity as SECRETARY OF DEFENSE, <br><br> *Respondent*. | No. 17-cv-2069 (TSC) |

## MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF DROR LADIN AS ADDITIONAL COUNSEL FOR PETITIONER

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Dror Ladin, an attorney with the American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, and a member of the Bar of the State of New York, as additional counsel for Petitioner in this case. Mr. Ladin's declaration is filed herewith.

Date: January 12, 2018

Respectfully submitted,

 */s/ Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>        *Petitioner*,<br><br>        v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>        *Respondent*. | No. 17-cv-2069 (TSC) |

## **DECLARATION OF DROR LADIN**

      Pursuant to Local Rule 83.2(d), I, Dror Ladin, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

    1. My full name is Dror Ladin.

    2. I am an attorney with the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is (212) 284-7303.

    3. I certify that I am now a member in good standing of the following State and Federal Bar Associations:

        a. Bar of the State of New York (05/09/2011)

        b. U.S. District Court for the Southern District of New York (09/03/2013)

        c. United States Court of Appeals for the First Circuit (02/20/2014)

        d. United States Court of Appeals for the Second Circuit (02/19/2014)

e. United States Court of Appeals for the Fourth Circuit (09/24/2015)

f. United States Court of Appeals for the Ninth Circuit (05/29/2012)

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted to practice in this Court *pro hac vice* once in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on January 12, 2018.

Respectfully submitted,

/s/ Dror Ladin
Dror Ladin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 284-7303
Fax: (212) 549-2654
dladin@aclu.org