UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>   v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | No. 17-cv-2069 (TSC) |

## [Proposed] ORDER

Upon consideration of the motion to admit Dror Ladin to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date:_____

_____
United States District Judge