UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

        *Petitioner*,

        v.

GEN. JAMES N. MATTIS,
  in his official capacity as SECRETARY OF DEFENSE,

        *Respondent*.

No. 17-cv-2069 (TSC)

**ORDER**

On January 5, 2018, Petitioner filed a motion requesting, *inter alia*, that the court order the government to file a prompt Return to the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243. (ECF No. 32 at 1-2). In response, the government argues that "good cause exists to extend the time within which to file a return." (ECF No. 33 at 19). The court is unpersuaded by the government's argument that it needs additional time to file a Return because of the "difficulties" it may encounter while attempting to gather the necessary information and evidence for its Return. (*Id.*). The government has held the detainee for almost four months, and has had ample time to gather the evidence and information it believes would justify his detention. Nonetheless, the court finds that good cause exists to extend the deadline for the government's Return, given the parties' discussions regarding a protective order.

Accordingly, it is hereby ordered that the government shall file a Return to the Petition for a Writ of Habeas Corpus (ECF No. 4) by Monday, January 22, 2018 at noon. Petitioner's reply to the government's Return, if any, is due by Wednesday, January 24, 2018 at noon.

1

Date:  January 12, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge