IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 1:17-cv-2069 (TSC) |
| ) | |
| v. ) | |
| ) | |
| GEN. JAMES N. MATTIS, ) | |
| in his official capacity as SECRETARY ) | |
| OF DEFENSE, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Undersigned counsel, James M. Burnham, hereby enters his appearance as counsel for Defendant in the above-named case.

January 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

*/s/ James M. Burnham*
JAMES M. BURNHAM
Senior Counsel (D.C. Bar. No. 1015196)
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW
Washington, DC   20530
Tel.   (202) 353-5049 / Fax (202) 616-8470
James.M.Burnham@usdoj.gov
*Attorneys for Respondent*