UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>  v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF<br> DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

**ORDER**

  At the hearing on Petitioner's Motion Regarding Continued Interim Relief (ECF No. 32), counsel for the Petitioner requested that the court order the government to refrain from transferring the Petitioner until the court rules on the motion.  In response to the court's inquiry as to whether the government intends to transfer the Petitioner within the next forty-eight hours, government counsel indicated that it had no basis to believe that a transfer would take place within this timeframe.  Counsel added, however, that it is the government's position that it has the authority to transfer Petitioner as soon as another country is ready.  Given the government's position, and the court's impending ruling on Petitioner's Motion Regarding Continued Interim Relief, the court hereby orders the government to refrain from transferring the detainee until Tuesday, January 23, 2018.

Date:  January 18, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge