IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 1:17-cv-2069 (TSC) |
| | ) |
| v. | ) |
| | ) |
| GEN. JAMES N. MATTIS, | ) |
| in his official capacity as SECRETARY OF DEFENSE, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for Respondent in the above-named case.

January 22, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

*/s/ Terry M. Henry*
TERRY M. HENRY
Assistant Branch Director
JAMES M. BURNHAM
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel.  (202) 514-4107
E-mail: terry.henry@usdoj.gov

*Attorneys for Respondent*