# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

*Petitioner*,

v.

GEN. JAMES N. MATTIS,
  in his official capacity as SECRETARY OF
  DEFENSE,

*Respondent*.

No. 17-cv-2069 (TSC)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby GRANTS in part and DENIES in part Petitioner's Motion Regarding Continued Interim Relief (ECF No. 32).  Respondent is hereby ordered to provide the court and Petitioner's counsel seventy-two hours' notice prior to transferring Petitioner, at which time Petitioner may file an emergency motion contesting his transfer.

Date:  January 23, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge