# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

        *Petitioner*,

        v.

GEN. JAMES N. MATTIS,
  in his official capacity as SECRETARY OF DEFENSE,

        *Respondent*.

No. 17-cv-2069 (TSC)

## PARTIES' PROPOSED BRIEFING SCHEDULE

Counsel for Petitioner and Respondent have conferred and respectfully propose the following briefing schedule:

1. Petitioner will file by February 9, 2018, a response to Respondent's Factual Return (ECF Nos. 46, 49), challenging Respondent's legal authority to detain Petitioner while assuming all factual allegations about Petitioner in Respondent's Factual Return are true.

2. Respondent will file by February 12, 2018, a memorandum in opposition to Petitioner's Motion to Unseal (ECF No. 48).

3. Petitioner will file by February 22, 2018, a reply in support of Petitioner's Motion to Unseal.

The parties have agreed to and propose the above schedule without prejudice to:

    (i) Respondent's seeking leave, if necessary to file a further response to Petitioner's February 9 response to Respondent's Factual Return; and

(ii) Petitioner's filing a response to Respondent's factual allegations about Petitioner in Respondent's Factual Return at a date to be determined, should this matter not be resolved on Petitioner's challenge to Respondent's legal authority, as described in paragraph 1 above.

Dated: January 26, 2018

Respectfully submitted,

/s/ *Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
Hina Shamsi (D.C. Bar No. MI0071)
Brett Max Kaufman (D.C. Bar No. NY0224)
Dror Ladin
Anna Diakun
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
hshamsi@aclu.org
bkaufman@aclu.org
dladin@aclu.org
adiakun@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW—2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

*Counsel for Petitioner*

CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

/s/
*Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
U.S. Department of Justice, Civil Division

20 Massachusetts Avenue, N.W
Washington, DC  20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*