UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

    *Petitioner*,

v.

GEN. JAMES N. MATTIS,
  in his official capacity as SECRETARY OF DEFENSE,

    *Respondent*.

No. 17-cv-2069 (TSC)

## ORDER

The court hereby adopts the schedule set forth in the Parties' Proposed Briefing Schedule (ECF No. 53). The briefing schedule is as follows:

1. By February 9, 2018, Petitioner will file a response to Respondent's Factual Return (ECF Nos. 46, 49), challenging Respondent's legal authority to detain Petitioner while assuming that all factual allegations about Petitioner in Respondent's Factual Return are true.

2. Respondent's memorandum in opposition to Petitioner's Motion to Unseal (ECF No. 48) is due by February 12, 2018.

3. Petitioner's reply in support of his Motion to Unseal is due by February 22, 2018.

The court notes that the parties have agreed to and propose the above schedule without prejudice to:

(i) Respondent's seeking leave, if necessary, to file a further response to Petitioner's February 9 response to Respondent's Factual Return; and

(ii) Petitioner's filing a response to Respondent's factual allegations about Petitioner in Respondent's Factual Return at a date to be determined, should this matter not be resolved on Petitioner's challenge to Respondent's legal authority, as described in paragraph 1 above.

Date: January 29, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge