IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 1:17-cv-2069 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| GEN. JAMES N. MATTIS, | ) | |
| in his official capacity as SECRETARY | ) | |
| OF DEFENSE, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>NOTICE OF APPEAL</u>

NOTICE is hereby given that Respondent General James N. Mattis, Secretary, United States Department of Defense, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order filed and entered January 23, 2018 (Dkt. 52), which requires the Respondent to provide the Court and Petitioner's counsel seventy-two hours' notice prior to transferring Petitioner, providing Petitioner an opportunity to file an emergency motion contesting his transfer.

February 2, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

TERRY M. HENRY
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel (D.C. Bar. No. 1015196)

KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*