IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-2069 (TSC) |
| ) | |
| GEN. JAMES N. MATTIS, ) | |
| in his official capacity as SECRETARY ) | |
| OF DEFENSE, ) | |
| ) | |
| Respondent. ) | |

**CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Respondent respectfully moves, with Petitioner's consent, to amend the briefing schedule entered by the Court by Order of January 29, 2018 (ECF No. 54), in order to extend Respondent's deadline to respond to Petitioner's Motion to Unseal (ECF No. 48). Good cause exists for the requested extension, as specified below:

Petitioner filed a Motion to Unseal Respondent's January 19, 2018, filing on January 22, 2018. Pursuant to the Court's Order of January 29, 2018, Respondent's deadline to file a memorandum in opposition to Petitioner's Motion is currently February 12, 2018. However, Respondent anticipates that it will file a public version of the January 19, 2018 filing in the near future that may render Petitioner's Motion moot or narrow the contours of the parties' dispute. In order to allow the parties sufficient time to consider whether and to what extent the Court need address Petitioner's Motion, and taking into account Petitioner's expedited briefing obligations with respect to Respondent's recent appeal of the Court's Order of January 23, 2018, the parties have agreed to an extension of Respondent's response up to and including March 5, 2018, and a corresponding extension of Petitioner's reply up to and including March 19, 2018. Accordingly,

Respondent respectfully requests that the briefing schedule, with respect to Petitioner's Motion to Unseal, be amended as follows:

1. Respondent will file by March 5, 2018, a memorandum in opposition to Petitioner's Motion to Unseal (ECF No. 48).

2. Petitioner will file by March 19, 2018, a reply in support of Petitioner's Motion to Unseal.

A proposed order is attached to this Motion.

February 9, 2018                                          Respectfully submitted,

                                                          CHAD A. READLER
                                                          Acting Assistant Attorney General
                                                          JESSIE K. LIU
                                                          United States Attorney
                                                          TERRY M. HENRY
                                                          Assistant Director, Federal Programs Branch
                                                                                    /s/
                                                          *Kathryn L. Wyer*
                                                          JAMES M. BURNHAM
                                                          Senior Counsel
                                                          KATHRYN L. WYER
                                                          Senior Trial Counsel, Federal Programs
                                                          U.S. Department of Justice, Civil Division
                                                          20 Massachusetts Avenue, N.W
                                                          Washington, DC  20530
                                                          Tel. (202) 616-8475 / Fax (202) 616-8470
                                                          kathryn.wyer@usdoj.gov
                                                          *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 1:17-cv-2069 (TSC) |
| ) | |
| v. ) | |
| ) | |
| GEN. JAMES N. MATTIS, ) | |
| in his official capacity as SECRETARY ) | |
| OF DEFENSE, ) | |
| ) | |
| Respondent. ) | |

**[proposed] ORDER GRANTING RESPONDENT'S
CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Upon consideration of Respondent's Consent Motion to Amend Briefing Schedule, and for good cause shown, Respondent's motion is hereby GRANTED. Accordingly, it is ORDERED that the briefing scheduled entered by the Court's Order of January 29, 2018, with respect to Petitioner's Motion to Unseal, is hereby amended as follows:

1. Respondent will file by March 5, 2018, a memorandum in opposition to Petitioner's Motion to Unseal (ECF No. 48).

2. Petitioner will file by March 19, 2018, a reply in support of Petitioner's Motion to Unseal.

   SO ORDERED.


Dated: _____                              _____
                                                The Honorable Tanya S. Chutkan
                                                United States District Judge