IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 1:17-cv-2069 (TSC) |
| v. ) | |
| ) | |
| GEN. JAMES MATTIS, ) | |
| in his official capacity as ) | |
| SECRETARY OF DEFENSE ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Undersigned counsel, Olivia Hussey Scott, hereby enters her appearance as one of the counsel for Respondent in the above-captioned case.

Date: February 13, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
OLIVIA HUSSEY SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel. (202)616-8491
Fax: (202)616-8460
E-mail: Olivia.Hussey.Scott2@usdoj.gov
*Attorneys for Respondent*