## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
|       Petitioner, | ) Civil Action No. 1:17-cv-2069 (TSC) |
| v. | ) |
| GEN. JAMES N. MATTIS, in his official capacity as SECRETARY OF DEFENSE, | ) |
|       Respondent. | ) |

### ORDER

Upon consideration of Respondent's Consent Motion to Amend Briefing Schedule (ECF No. 58), and for good cause shown, Respondent's motion is hereby GRANTED. Accordingly, it is ORDERED that the briefing schedule entered by the Court's Order of January 29, 2018, with respect to Petitioner's Motion to Unseal, is hereby amended as follows:

1. Respondent shall file a memorandum in opposition to Petitioner's Motion to Unseal (ECF No. 48) by March 5, 2018.

2. Petitioner shall file a reply in support of Petitioner's Motion to Unseal by March 19, 2018.

Date: February 14, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge