**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>    v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF<br> DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

**PETITIONER'S NOTICE TO THE COURT CONCERNING**
**RESPONDENT'S SEALED FILING (ECF NO. 65)**

Petitioner respectfully submits this notice concerning Respondent's sealed filing (ECF

No. 65). Prior to the filing, the government informed Petitioner's counsel that certain information

in the government's declaration concerning the transfer of Petitioner to a third country

(previously filed *ex parte* and redacted from the sealed version filed as ECF No. 45) has been

declassified, and that the government would file under seal a new version of that declaration

making the previously classified information available to counsel for Petitioner.[1] The

government did not disclose the substance of this information to Petitioner's counsel but

informed counsel that the information would be designated as "protected" pursuant to a

protective order being negotiated by the parties.

Petitioner's counsel have informed the government, and now respectfully inform the

Court, that at this time, they will not read the sealed filing, ECF No. 65, in order to continue to

---

[1] The government has also filed a public version of the declaration, ECF No. 64, and Petitioner
has filed a public version of his response to the government's declaration, ECF No. 67.

freely engage in representing Petitioner based on information Petitioner's counsel obtained

independently of, and possessed previous to, the government filing. If at some future time

Petitioner's counsel intend to read ECF No. 65, they will file a notice informing the Court and

the government at that time.


Dated:  February 15, 2018                                    Respectfully submitted,

                                                             /s/ *Jonathan Hafetz*_____

Arthur B. Spitzer (D.C. Bar No. 235960)      Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union               Brett Max Kaufman (D.C. Bar No. NY0224)
  of the District of Columbia                Hina Shamsi (D.C. Bar No. MI0071)
915 15th Street, NW, 2nd Floor               Dror Ladin (*pro hac vice*)
Washington, DC 20005                         Anna Diakun
Tel: 202-457-0800                            American Civil Liberties Union Foundation
Fax: 202-457-0805                            125 Broad Street—18th Floor
aspitzer@acludc.org                          New York, New York 10004
                                             Tel: 212-549-2500
                                             Fax: 212-549-2654
                                             jhafetz@aclu.org
                                             bkaufman@aclu.org
                                             hshamsi@aclu.org
                                             dladin@aclu.org
                                             adiakun@aclu.org

*Counsel for Petitioner*