UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　*Petitioner*,<br><br>　　　v.<br><br>GEN. JAMES N. MATTIS,<br>　in his official capacity as SECRETARY OF DEFENSE,<br><br>　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

**NOTICE OF WITHDRAWAL OF PETITIONER'S
MOTION TO UNSEAL ECF NOS. 45 & 47**

　　Petitioner respectfully submits this notice withdrawing Petitioner's Motion to Unseal. ECF No. 48. On February 14, 2018, Respondent filed a public, redacted version of Respondent's January 19, 2018 *Ex Parte* Declaration, ECF Nos. 45 (filed under seal), 64-1. The next day, Petitioner filed a public version of his January 22, 2018 Response, ECF Nos. 47 (filed under seal), 67-1. Because the filings at issue in Petitioner's Motion to Unseal have been unsealed and filed on the public docket, Petitioner hereby withdraws his motion.

Dated:  February 15, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jonathan Hafetz*　　　　　　　　　
Arthur B. Spitzer (D.C. Bar No. 235960)　　Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union　　　　　　Brett Max Kaufman (D.C. Bar No. NY0224)
  of the District of Columbia　　　　　　　Hina Shamsi (D.C. Bar No. MI0071)
915 15th Street, NW, 2nd Floor　　　　　　Dror Ladin (*pro hac vice*)
Washington, DC 20005　　　　　　　　　　Anna Diakun
Tel: 202-457-0800　　　　　　　　　　　　American Civil Liberties Union Foundation
Fax: 202-457-0805　　　　　　　　　　　　125 Broad Street—18th Floor

aspitzer@acludc.org

*Counsel for Petitioner*

New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
bkaufman@aclu.org
hshamsi@aclu.org
dladin@aclu.org
adiakun@aclu.org