# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>   v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | No. 17-cv-2069 (TSC) |

## ORDER

Upon consideration of Respondent's Motion for Leave to File Response to Petitioner's Response to Factual Return (ECF No. 60), Petitioner's response thereto, and the entire record herein, Respondent's motion is hereby GRANTED IN PART and DENIED IN PART, and Petitioner's request to file a reply to any response filed by Respondent is also GRANTED IN PART and DENIED IN PART.  Accordingly, it is

ORDERED that Respondent may file a response of not more than 15 pages to Petitioner's filing (ECF No. 59) on or before February 28, 2018, and Petitioner may file a reply of not more than 10 pages on or before March 14, 2018.

Date:  February 16, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge