UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>*Petitioner*,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>*Respondent*. | No. 17-cv-2069 (TSC) |

**PETITIONER'S NOTICE TO THE COURT CONCERNING
PETITIONER'S PREVIOUS NOTICE, ECF NO. 68**

On February 15, 2018, Petitioner filed a Notice to the Court Concerning Respondent's Sealed Filing (ECF No. 65), informing the Court that Petitioner's counsel would not read Respondent's sealed filing in order to continue to freely engage in representing Petitioner based on information Petitioner's counsel obtained independently of, and possessed previous to, the government filing. ECF No. 68. Petitioner also informed the Court that if at some future time, Petitioner's counsel intended to read ECF No. 65, Petitioner's counsel would file a notice informing the Court and the government. *Id.*

Petitioner's counsel hereby respectfully give notice that, without prejudice to their ability to represent Petitioner based on and using information counsel obtained independently of, and possessed previous to, the government's sealed filing, counsel will read the sealed filing as issues addressed in it are now pending in the Court of Appeals.

Dated:  February 27, 2018                                      Respectfully submitted,

/s/ *Jonathan Hafetz*

| | |
|---|---|
| Arthur B. Spitzer (D.C. Bar No. 235960) | Jonathan Hafetz (D.C. Bar No. NY0251) |
| American Civil Liberties Union | Brett Max Kaufman (D.C. Bar No. NY0224) |
|   of the District of Columbia | Hina Shamsi (D.C. Bar No. MI0071) |
| 915 15th Street, NW, 2nd Floor | Dror Ladin (*pro hac vice*) |
| Washington, DC 20005 | Anna Diakun |
| Tel: 202-457-0800 | American Civil Liberties Union Foundation |
| Fax: 202-457-0805 | 125 Broad Street—18th Floor |
| aspitzer@acludc.org | New York, New York 10004 |
| | Tel: 212-549-2500 |
| | Fax: 212-549-2654 |
| | jhafetz@aclu.org |
| | bkaufman@aclu.org |
| | hshamsi@aclu.org |
| | dladin@aclu.org |
| | adiakun@aclu.org |

*Counsel for Petitioner*