UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

        *Petitioner*,

        v.

GEN. JAMES N. MATTIS,
  in his official capacity as SECRETARY OF DEFENSE,

        *Respondent*.

No. 17-cv-2069 (TSC)

## MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF HOPE METCALF AS ADDITIONAL COUNSEL FOR PETITIONER

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Hope Metcalf, an attorney at 127 Wall Street, New Haven, Connecticut 06511, and a member of the Bars of the States of Connecticut and New York, as additional counsel for Petitioner in this case. Ms. Metcalf's declaration is filed herewith.

Date: February 28, 2018

Respectfully submitted,

  */s/ Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>       *Petitioner*,<br><br>       v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>       *Respondent*. | No. 17-cv-2069 (TSC) |

## **DECLARATION OF HOPE METCALF**

Pursuant to Local Rule 83.2(d), I, Hope Metcalf, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Hope Richardson Metcalf.

2. My office is located at 127 Wall Street, New Haven, Connecticut 06511, and my office number is 203-432-9404.

3. I certify that I am now a member in good standing of the Connecticut (CT Juris 424312) and New York bars and am admitted to practice before the U.S. District for the District of Connecticut, the U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Tenth Circuit, and the U.S. Supreme Court.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* to appear before this Court in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I certify under the penalties of perjury that the foregoing is true.

Executed on February 28, 2018.

Respectfully submitted,

*[signature]*

Hope Metcalf
127 Wall Street
New Haven, CT 06511
Phone: (203) 432-9404
Fax: (203) 432-8260
hope.metcalf@ylsclinics.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>   v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | No. 17-cv-2069 (TSC) |

**[Proposed] ORDER**

Upon consideration of the motion to admit Hope Metcalf to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date:_____

_____
United States District Judge