# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>   v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | No. 17-cv-2069 (TSC) |

## PETITIONER'S PUBLIC NOTICE OF SEALED FILING

NOTICE is hereby given that Petitioner has filed with this Court, *see* ECF No. 85, the three sealed briefs filed in the D.C. Circuit appeal of a ruling in this matter, *see Doe v. Mattis*, No. 18-5032 (D.C. Cir. argued Apr. 5, 2018). Two of the briefs are referenced in Petitioner's April 18, 2018 filings to this Court; the other has been provided for the Court's convenience.

Dated:  April 18, 2018

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
 of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

Respectfully submitted,

/s/ *Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
Brett Max Kaufman (D.C. Bar No. NY0224)
Hina Shamsi (D.C. Bar No. MI0071)
Anna Diakun
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
bkaufman@aclu.org
hshamsi@aclu.org
adiakun@aclu.org

*Counsel for Petitioner*