UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>   v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | No. 17-cv-2069 (TSC) |

**PRELIMINARY INJUNCTION**

  Upon consideration of Petitioner's Motion for a Preliminary Injunction, ECF No. 81, and the entire record in this case, it is hereby ORDERED that Petitioner's Motion for a Preliminary Injunction is hereby GRANTED, and that Respondent James N. Mattis (along with his successors in office, officers, agents, servants, employees, and anyone acting in concert with him) is, until further order of this Court, hereby enjoined from transferring Petitioner from U.S. custody.

  The court will issue a redacted public version of the Opinion and Order after consultation with the parties.

Date:  April 19, 2018

             *Tanya S. Chutkan*
             TANYA S. CHUTKAN
             United States District Judge