IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 1:17-cv-2069 (TSC) |
| ) | |
| v. ) | |
| ) | |
| GEN. JAMES N. MATTIS, ) | |
|   in his official capacity as SECRETARY ) | |
|   OF DEFENSE, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Respondent General James N. Mattis, Secretary, United States Department of Defense, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order filed and entered April 19, 2018 (Dkt. 88), which prohibits Respondent from transferring Petitioner to the custody of another country.

April 20, 2018                              Respectfully submitted,

                                                            CHAD A. READLER
                                                        Acting Assistant Attorney General
                                                        JESSIE K. LIU
                                                        United States Attorney
                                                        TERRY M. HENRY
                                                        Assistant Director, Federal Programs Branch

                                                        /s/ Kathryn L. Wyer
                                                        JAMES M. BURNHAM
                                                        Senior Counsel
                                                        KATHRYN L. WYER
                                                        Senior Trial Counsel, Federal Programs
                                                        OLIVIA HUSSEY SCOTT
                                                        Trial Attorney, Federal Programs
                                                        U.S. Department of Justice, Civil Division
                                                        20 Massachusetts Avenue, N.W.

Washington, DC   20530  
Tel. (202) 616-8475 / Fax (202) 616-8470  
kathryn.wyer@usdoj.gov  
*Attorneys for Respondent*