APPEAL,HABEAS,TYPE−G

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:17−cv−02069−TSC</u>

| | |
|---|---|
| DOE v. MATTIS | Date Filed: 10/05/2017 |
| Assigned to: Judge Tanya S. Chutkan | Jury Demand: None |
| Case in other court: USCA, 18−05032 | Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus) |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**JOHN DOE**                              represented by  **Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
OF THE DISTRICT OF COLUMBIA
915 15th Street, NW
2nd Floor
Washington, DC 20005
(202) 457−0800 x1004
Fax: (202) 457−0805
Email: <u>artspitzer@gmail.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Max Kaufman**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 549−2603
Fax: (212) 549−2654
Email: <u>bkaufman@aclu.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
National Security Project
125 Broad Street
18th floor
New York, NY 10004
(212) 284−7321
Fax: (212) 549−2654
Email: <u>hshamsi@aclu.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hafetz**

1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 549−2500
Email: jhafetz@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dror Ladin**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 284−7303
Fax: (212) 549−2654
Email: dladin@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hope Richardson Metcalf**
127 Wall Street
New Haven, CT 06511
(203) 432−9404
Fax: (203) 432−8260
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**JAMES N. MATTIS**
*in his official capacity as Secretary of Defense*

represented by

**James Mahoney Burnham**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353−5049
Email: james.m.burnham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn L. Wyer**
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616−8475
Fax: (202) 616−8470
Email: kathryn.wyer@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514−4107
Fax: (202) 616−8470
Email: terry.henry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia R. Hussey Scott**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 616−8491
Fax: (202) 616−8470
Email: olivia.hussey.scott@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/05/2017 | 1 | | ENTERED IN ERROR.....COMPLAINT against JAMES N. MATTIS ( Filing fee $ 400 receipt number 0090−5146078), CIVIL COVER SHEET by JOHN DOE, AMERICAN CIVIL LIBERTIES UNION FOUNDATION filed by JOHN DOE, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Shamsi, Hina) Modified on 10/6/2017 (zsb). (Entered: 10/05/2017) |
| 10/05/2017 | 2 | | ENTERED IN ERROR.....Corporate Disclosure Statement by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, JOHN DOE. (Shamsi, Hina) Modified on 10/6/2017 (zsb). (Entered: 10/05/2017) |
| 10/05/2017 | 3 | | NOTICE of Appearance by Arthur B. Spitzer on behalf of AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Spitzer, Arthur) (Entered: 10/05/2017) |
| 10/05/2017 | 4 | | PETITION for Writ of Habeas Corpus ( Filing fee $ 5 receipt number 4616087445.) filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Civil Cover Sheet)(Shamsi, Hina) (Entered: 10/05/2017) |
| 10/05/2017 | 5 | | Corporate Disclosure Statement by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Shamsi, Hina) (Entered: 10/05/2017) |
| 10/06/2017 | | | Case Assigned to Judge Tanya S. Chutkan. (zsb) (Entered: 10/06/2017) |
| 10/12/2017 | 6 | | NOTICE of Appearance by Jonathan L. Hafetz on behalf of AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Exhibit Pro Bono Certification)(Hafetz, Jonathan) (Entered: 10/12/2017) |

| Date | # | | Description |
|---|---|---|---|
| 10/12/2017 | 7 | | Emergency MOTION for Order to Show Cause *on Counsel Access and Memorandum of Law in Support* by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Text of Proposed Order)(Shamsi, Hina) (Entered: 10/12/2017) |
| 10/19/2017 | 8 | | ORDER granting in part and denying in part 7 Petitioner's Emergency Motion for Order to Show Cause on Counsel Access. Petitioner shall promptly serve a copy of this Order, 4 the Petition for a Writ of Habeas Corpus, and 7 the Petitioner's Emergency Motion for Order to Show Cause on Counsel Access on the Respondent, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia, Special Proceedings Division. Within 10 days of service of this Order, Respondent shall explain, in writing, why Respondent should not give the Petitioner access to the Unnamed U.S. Citizen. The Petitioner shall file a reply within 3 days of service of the opposition. Signed by Judge Tanya S. Chutkan on 10/19/2017. (lctsc2). (Entered: 10/19/2017) |
| 10/20/2017 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/20/2017. Answer due for ALL FEDERAL DEFENDANTS by 12/19/2017. (Attachments: # 1 Declaration of Service)(Spitzer, Arthur) (Entered: 10/20/2017) |
| 10/20/2017 | 10 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMES N. MATTIS served on 10/20/2017, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 10/20/2017. (Attachments: # 1 Declaration of Service)(Shamsi, Hina) (Entered: 10/20/2017) |
| 10/30/2017 | 11 | | MOTION to Dismiss *and Response to Court's Order of October 19, 2017* by JAMES N. MATTIS (Attachments: # 1 Declaration of Steven W. Dalbey, # 2 Text of Proposed Order)(Wyer, Kathryn) (Entered: 10/30/2017) |
| 10/30/2017 | 12 | | RESPONSE TO ORDER OF THE COURT re 8 Order on Motion for Order to Show Cause filed by JAMES N. MATTIS. (See Docket Entry 11 to view document). (znmw) (Entered: 10/31/2017) |
| 11/02/2017 | 13 | | Memorandum in opposition to re 11 MOTION to Dismiss *and Response to Court's Order of October 19, 2017 and Reply in Support of Emergency Motion for Counsel Access* filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Declaration Declaration of Gabor Rona, # 2 Declaration Declaration of Belkis Wille)(Shamsi, Hina) (Entered: 11/02/2017) |
| 11/02/2017 | 14 | | REPLY to opposition to motion re 7 Emergency MOTION for Order to Show Cause *on Counsel Access and Memorandum of Law in Support* filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (See Docket Entry 13 to view document). (znmw) (Entered: 11/03/2017) |
| 11/09/2017 | 15 | | REPLY to opposition to motion re 11 MOTION to Dismiss *and Response to Court's Order of October 19, 2017* filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 11/09/2017) |
| 11/20/2017 | 16 | | MOTION for Hearing *or Status Conference* by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Shamsi, Hina) (Entered: 11/20/2017) |

| | | | |
|---|---|---|---|
| 11/21/2017 | | | MINUTE ORDER granting 16 Motion for Hearing or Status Conference. A motions hearing is hereby set for 11/30/17 at 10:00 a.m. in Courtroom 9. Signed by Judge Tanya S. Chutkan on 11/21/2017. (lctsc2). (Entered: 11/21/2017) |
| 11/26/2017 | | | Set/Reset Hearings: A Motions Hearing is set for 11/30/2017 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (jth) (Entered: 11/26/2017) |
| 11/27/2017 | 17 | | NOTICE of Appearance by Brett Max Kaufman on behalf of AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Kaufman, Brett) (Entered: 11/27/2017) |
| 11/30/2017 | 18 | | RESPONSE TO ORDER OF THE COURT re Order on Motion for Hearing filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 11/30/2017) |
| 11/30/2017 | 19 | | RESPONSE re 18 Response to Order of the Court filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Shamsi, Hina) (Entered: 11/30/2017) |
| 11/30/2017 | | | Minute Entry: Motion Hearing held on 11/30/2017 before Judge Chutkan: re 11 MOTION to Dismiss and Response to Court's Order of October 19, 2017 filed by JAMES N. MATTIS; motion heard and taken under advisement. The government shall inform the Court by COB on 11/30/17 whether (1) the detainee has been advised of his constitutional rights, including any right to counsel or to pursue habeas or other remedies in U.S. courts and; (2) if the detainee has invoked or asserted any such rights. (Court Reporter Bryan Wayne) (tb) (Entered: 12/01/2017) |
| 12/01/2017 | 20 | | RESPONSE to Petitioner's Proposed Relief 19 filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 12/01/2017) |
| 12/01/2017 | 21 | | ERRATA re Respondent's Response to Court's Order 18 by JAMES N. MATTIS. (Attachments: # 1 Corrected Response to Court's Order)(Wyer, Kathryn) (Entered: 12/01/2017) |
| 12/01/2017 | | | MINUTE ORDER: The court hereby orders both parties to file supplemental briefs addressing the court's authority to order limited jurisdictional discovery in this case, as proposed in the 19 Petitioner's Response to Respondent's November 30, 2017, 5 P.M. Filing. The Government shall file its brief by Monday, December 4, 2017 at 5 p.m. The Petitioner shall file a brief in response by Thursday, December 7, 2017 at noon. The parties' supplemental briefs should be no longer than 10 pages. The court will hold a hearing on the supplemental briefing on Friday, December 8, 2017 at 11:15 a.m. Signed by Judge Tanya S. Chutkan on 12/1/2017. (lctsc2). (Entered: 12/01/2017) |
| 12/01/2017 | | | AMENDED MINUTE ORDER: The court hereby orders both parties to file supplemental briefs addressing the court's authority to order limited jurisdictional discovery in this case, as proposed in the 19 Petitioner's Response to Respondent's November 30, 2017, 5 P.M. Filing. In their briefs, in light of the Government's representation that the detainee has requested an attorney in its 18 Response to the Court's Order, the parties shall also address the Government's independent obligation to comply with the detainee's request and provide him with access to counsel. The Government shall file its brief by Monday, December 4, 2017 at 5 p.m. The Petitioner shall file a brief in response by Thursday, December 7, 2017 at noon. The parties' supplemental briefs should be no longer than 10 pages. The court will hold a hearing on the supplemental briefing on Friday, December 8, 2017 at 11:15 a.m. Signed by |

| | | | |
|---|---|---|---|
| | | | Judge Tanya S. Chutkan on 12/1/2017. (lctsc2). (Entered: 12/01/2017) |
| 12/02/2017 | 22 | | TRANSCRIPT OF 11/30/17 MOTIONS HEARING before Judge Tanya S. Chutkan held on November 30, 2017. Page Numbers: 1−42. Date of Issuance: December 2, 2017. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting a Transcript Order Form at www.dcd.uscourts.gov under Request Transcript tab. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 12/23/2017. Redacted Transcript Deadline set for 1/2/2018. Release of Transcript Restriction set for 3/2/2018.(Wayne, Bryan) (Entered: 12/02/2017) |
| 12/04/2017 | 23 | | MOTION to Continue *Hearing Currently Scheduled for December 8, 2017 due to Conflict of Counsel* by JAMES N. MATTIS (Attachments: # 1 Text of Proposed Order)(Wyer, Kathryn) (Entered: 12/04/2017) |
| 12/04/2017 | | | Set/Reset Deadlines/Hearings: Government's brief due by 12/4/2017. Response due by 12/7/2017. Status Conference set for 12/8/2017 at 11:15 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/04/2017) |
| 12/04/2017 | | | MINUTE ORDER granting 23 Motion to Continue Due to Conflict of Counsel. The hearing currently scheduled for December 8, 2017 is hereby rescheduled for December 11, 2017 at 10:00 a.m. Signed by Judge Tanya S. Chutkan on 12/4/2017. (lctsc2). Modified event title on 12/5/2017 (znmw). (Entered: 12/04/2017) |
| 12/04/2017 | 24 | | SUPPLEMENTAL MEMORANDUM to re 11 MOTION to Dismiss *and Response to Court's Order of October 19, 2017* filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 12/04/2017) |
| 12/05/2017 | | | Set/Reset Hearings: Status Conference reset for 12/11/2017 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/05/2017) |
| 12/07/2017 | 25 | | SUPPLEMENTAL MEMORANDUM to re Order,,, filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Hafetz, Jonathan) (Entered: 12/07/2017) |
| 12/11/2017 | 26 | | RESPONSE TO ORDER OF THE COURT re Order,,, *(Addendum Regarding Court's Inquiry)* filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 12/11/2017) |
| 12/11/2017 | | | Minute Entry: Status Conference held on 12/11/2017 before Judge Tanya S. Chutkan: Oral argument heard and court ruling forthcoming. (Court Reporter Bryan Wayne) (tb) (Entered: 12/12/2017) |
| 12/21/2017 | 27 | | NOTICE *of Filing of Additional Information Pertinent to Emergency Motion for Counsel Access* by AMERICAN CIVIL LIBERTIES UNION |

6

| | | |
|---|---|---|
| | | FOUNDATION (Hafetz, Jonathan) (Entered: 12/21/2017) |
| 12/21/2017 | | MINUTE ORDER: The Government is hereby ordered to respond to Petitioner's Notice of Filing of Additional Information (ECF No. 27 ) by Friday December 22, 2017 at noon. The response shall be no more than 5 pages. Signed by Judge Tanya S. Chutkan on 12/21/17. (DJS) (Entered: 12/21/2017) |
| 12/22/2017 | 28 | RESPONSE re 27 Notice (Other) filed by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 12/22/2017) |
| 12/23/2017 | 29 | MEMORANDUM AND OPINION: Re Defendant's Motion to Dismiss 11 . Signed by Judge Tanya S. Chutkan on 12/23/17. (DJS) (Entered: 12/23/2017) |
| 12/23/2017 | 30 | ORDER: Denying Respondent's Motion to Dismiss 11 . Respondent is hereby ordered to: (1) permit the ACLUF immediate and unmonitored access, in person or via videoconferencing, to the detainee for the sole purpose of determining whether the detainee wishes for the ACLUF to continue this action on his behalf; and (2) refrain from transferring the detainee until the ACLUF informs the court of the detainees wishes. (see order for further details) Signed by Judge Tanya S. Chutkan on 12/23/17. (DJS) (Entered: 12/23/2017) |
| 01/05/2018 | 31 | RESPONSE TO ORDER OF THE COURT re 30 Order on Motion to Dismiss,, filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Text of Proposed Order)(Hafetz, Jonathan) (Entered: 01/05/2018) |
| 01/05/2018 | 32 | MOTION Regarding Continued Interim Relief re 30 Order on Motion to Dismiss,, by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Text of Proposed Order)(Hafetz, Jonathan) (Entered: 01/05/2018) |
| 01/05/2018 | | MINUTE ORDER: The government is hereby ordered to respond to Petitioner's Motion Regarding Continued Interim Relief (ECF No. 32 ) by Monday, January 8, 2018 at 5:00 p.m. Signed by Judge Tanya S. Chutkan on 1/5/2018. (lctsc2). (Entered: 01/05/2018) |
| 01/08/2018 | 33 | Memorandum in opposition to re 32 MOTION Regarding Continued Interim Relief re 30 Order on Motion to Dismiss,, filed by JAMES N. MATTIS. (Attachments: # 1 Text of Proposed Order)(Wyer, Kathryn) (Entered: 01/08/2018) |
| 01/08/2018 | | MINUTE ORDER: Petitioner's reply, if any, to the government's Opposition to Petitioner's Motion Seeking Continued Interim Relief (ECF No. 33 ) is due by Wednesday, January 10, 2018 at noon.Signed by Judge Tanya S. Chutkan on 1/8/2018. (lctsc2). (Entered: 01/08/2018) |
| 01/09/2018 | | Set/Reset Deadlines: Any Reply by Petitioner's to the Government's Opposition to Petitioner's Motion Seeking Continued Interim Relief (Dkt. #33) is due by 1/10/2018 at 12:00 PM (noon). (jth) (Entered: 01/09/2018) |
| 01/10/2018 | 34 | REPLY re 31 Response to Order of the Court *of December 23, 2017,* filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Hafetz, Jonathan) (Entered: 01/10/2018) |
| 01/10/2018 | 35 | REPLY to opposition to motion re 32 MOTION Regarding Continued Interim Relief re 30 Order on Motion to Dismiss,, filed by AMERICAN CIVIL |

7

| | | | |
|---|---|---|---|
| | | | LIBERTIES UNION FOUNDATION. (Hafetz, Jonathan) (Entered: 01/10/2018) |
| 01/10/2018 | 36 | | MOTION for Leave to Continue Under Pseudonym by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Text of Proposed Order)(Hafetz, Jonathan) (Entered: 01/10/2018) |
| 01/10/2018 | | | MINUTE ORDER: The government's response, if any, to Petitioner's Motion for Leave to Continue Under Pseudonym (ECF No. 36 ) is due by Friday, January 12, 2018 at 10 a.m. Signed by Judge Tanya S. Chutkan on 1/10/2018. (lctsc2). (Entered: 01/10/2018) |
| 01/10/2018 | | | Set/Reset Deadlines: Response due by 1/12/2018. (tb) (Entered: 01/10/2018) |
| 01/12/2018 | 37 | | RESPONSE re 36 MOTION for Leave to Continue Under Pseudonym filed by JAMES N. MATTIS. (Attachments: # 1 Text of Proposed Order)(Wyer, Kathryn) (Entered: 01/12/2018) |
| 01/12/2018 | 38 | | ORDER granting 36 Petitioner's Motion for Leave to Continue Under Pseudonym. Signed by Judge Tanya S. Chutkan on 1/12/2018. (lctsc2). (Entered: 01/12/2018) |
| 01/12/2018 | | | MINUTE ORDER: The court will hold a hearing on Petitioner's Motion Regarding Continued Interim Relief (ECF No. 32 ) on Thursday, January 18, 2018 at 11:30 a.m. Signed by Judge Tanya S. Chutkan on 1/12/2018. (lctsc2). (Entered: 01/12/2018) |
| 01/12/2018 | 39 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Dror Ladin, :Firm− American Civil Liberties Union Foundation, :Address− 125 Broad St., 18th Floor, New York, NY 10004. Phone No. − 212−284−7303. Fax No. − 212−549−2654 Filing fee $ 100, receipt number 0090−5285885. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Declaration of Dror Ladin)(Hafetz, Jonathan) (Entered: 01/12/2018) |
| 01/12/2018 | 40 | | NOTICE of Proposed Order by AMERICAN CIVIL LIBERTIES UNION FOUNDATION re 39 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Dror Ladin, :Firm− American Civil Liberties Union Foundation, :Address− 125 Broad St., 18th Floor, New York, NY 10004. Phone No. − 212−284−7303. Fax No. − 212−549−2654 Filing fee (Hafetz, Jonathan) (Entered: 01/12/2018) |
| 01/12/2018 | | | MINUTE ORDER: Granting 39 Motion for Leave to Appear Pro Hac Vice. Attorney Dror Ladin is hereby admitted pro hac vice to appear in this matter on behalf of the ACLU, as next friend on behalf of Unnamed U.S. Citizen in U.S. Military Detention. Signed by Judge Tanya S. Chutkan on 1/12/18. (DJS) (Entered: 01/12/2018) |
| 01/12/2018 | 41 | | ORDER: It is hereby ordered that the government shall file a Return to the Petition for a Writ of Habeas Corpus (ECF No. 4) by Monday, January 22, 2018 at noon. Petitioner's reply to the government's Return, if any, is due by Wednesday, January 24, 2018 at noon. Signed by Judge Tanya S. Chutkan on 1/12/2018. (lctsc2). (Entered: 01/12/2018) |
| 01/16/2018 | 42 | | NOTICE of Appearance by James Mahoney Burnham on behalf of JAMES N. MATTIS (Burnham, James) (Entered: 01/16/2018) |

| | | |
|---|---|---|
| 01/17/2018 | | Set/Reset Deadlines: Return to the Petition for a Writ of Habeas Corpus (ECF no. 4) due by 1/22/2018. Reply due by 1/24/2018. (tb) (Entered: 01/17/2018) |
| 01/17/2018 | | Set/Reset Hearings: Motion Hearing [Regarding Petitioner's Motion for Continued Interim Relief (ECF No. 32)] is set for 1/18/2018 at 11:30 AM in Courtroom 9 before Judge Tanya S. Chutkan. (jth) (Entered: 01/17/2018) |
| 01/18/2018 | | Minute Entry for Proceedings held before Judge Tanya S. Chutkan: Motion Hearing held on 1/18/2018 re: Petitioner's 32 Motion Regarding Continued Interim Relief filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION. The Motion 32 was Heard and Taken Under Advisement. The Government shall file a Supplemental Memorandum by the Close of Business today (1/18/2018). (Court Reporter: Cathryn Jones) (jth) (Entered: 01/18/2018) |
| 01/18/2018 | 43 | ORDER: The court hereby orders the government to refrain from transferring the detainee until Tuesday, January 23, 2018. Signed by Judge Tanya S. Chutkan on 1/18/2018. (lctsc2). (Entered: 01/18/2018) |
| 01/18/2018 | | MINUTE ORDER: The government's deadline to submit its supplemental brief is hereby extended until 11:30 a.m. on Friday, January 19, 2018.Signed by Judge Tanya S. Chutkan on 1/18/2018. (lctsc2). (Entered: 01/18/2018) |
| 01/19/2018 | | MINUTE ORDER: The court will hold a hearing regarding Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 4 ) on Monday, January 29, 2018 at 3:00 p.m. Signed by Judge Tanya S. Chutkan on 1/19/2018.(lctsc2). (Entered: 01/19/2018) |
| 01/19/2018 | | Set/Reset Hearings: Motion Hearing set for 1/29/2018 at 03:00 PM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 01/19/2018) |
| 01/19/2018 | | MINUTE ORDER: The court will hold a status hearing on Monday, January 22, 2018 at 4:00 p.m. Signed by Judge Tanya S. Chutkan on 1/19/2018. (lctsc2). (Entered: 01/19/2018) |
| 01/19/2018 | 44 | NOTICE of Ex Parte Filing by JAMES N. MATTIS (Wyer, Kathryn) (Entered: 01/19/2018) |
| 01/19/2018 | 45 | SEALED DOCUMENT filed by JAMES N. MATTIS(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Sealed Filing)(Wyer, Kathryn) (Entered: 01/19/2018) |
| 01/22/2018 | 46 | SEALED DOCUMENT filed by JAMES N. MATTIS(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Sealed Document, # 2 Sealed Document, # 3 Sealed Document, # 4 Sealed Document, # 5 Sealed Document)(Wyer, Kathryn) (Entered: 01/22/2018) |
| 01/22/2018 | 47 | SEALED DOCUMENT filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION re 44 Notice (Other), 45 Sealed Document (This document is SEALED and only available to authorized persons.)(Hafetz, Jonathan) (Entered: 01/22/2018) |
| 01/22/2018 | 48 | WITHDRAWN PURSUANT TO DOCKET ENTRY NO. 69 . . . . . MOTION to Unseal Document 47 Sealed Document filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, 45 Sealed Document filed by JAMES N. MATTIS by AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Text of Proposed Order)(Hafetz, Jonathan) Modified on |

| | | | |
|---|---|---|---|
| | | | 2/16/2018 (td). (Entered: 01/22/2018) |
| 01/22/2018 | 49 | | SEALED DOCUMENT filed by JAMES N. MATTIS(This document is SEALED and only available to authorized persons.) (Attachments: # 1 SEALED DOCUMENT)(Wyer, Kathryn) (Entered: 01/22/2018) |
| 01/22/2018 | 50 | | NOTICE of Appearance by Terry Marcus Henry on behalf of JAMES N. MATTIS (Henry, Terry) (Entered: 01/22/2018) |
| 01/22/2018 | | | Minute Entry: Status Conference held on 1/22/2018 before Judge Tanya S. Chutkan: The parties will meet and confer and file a proposed briefing schedule. The Court VACATES the petitioner's reply due on 01/24/18 and the motions hearing set for 01/29/18. (Court Reporter Bryan Wayne) (tb) (Entered: 01/23/2018) |
| 01/23/2018 | 51 | | MEMORANDUM AND OPINION re 32 Petitioner's MOTION Regarding Continued Interim Relief. Signed by Judge Tanya S. Chutkan on 1/23/18. (DJS) (Entered: 01/23/2018) |
| 01/23/2018 | 52 | | ORDER granting in part and denying in part 32 Petitioner's Motion Regarding Continued Interim Relief. Respondent is hereby ordered to provide the court and Petitioner's counsel seventy−two hours' notice prior to transferring Petitioner, at which time Petitioner may file an emergency motion contesting his transfer. Signed by Judge Tanya S. Chutkan on 1/23/18. (DJS) (Entered: 01/23/2018) |
| 01/26/2018 | 53 | | PROPOSED BRIEFING SCHEDULE *(Joint)* by JAMES N. MATTIS. (Wyer, Kathryn) (Entered: 01/26/2018) |
| 01/29/2018 | 54 | | ORDER adopting the 53 Parties' Proposed Briefing Schedule. Signed by Judge Tanya S. Chutkan on 1/29/2018. (lctsc2). (Entered: 01/29/2018) |
| 01/30/2018 | | | Set/Reset Deadlines: Petitioner's response to Respondent's Factual Return due by 2/9/2018. Respondent's memorandum in opposition to Petitioner's Motion to Unseal due by 2/12/2018. Petitioner's reply in support of his Motion to Unseal due by 2/22/2018. (tth) (Entered: 01/30/2018) |
| 01/31/2018 | 55 | | TRANSCRIPT OF 1/22/18 STATUS HEARING before Judge Tanya S. Chutkan held on January 22, 2018. Page Numbers: 1−35. Date of Issuance: January 31, 2018. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days , the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 2/21/2018. Redacted Transcript Deadline set for 3/3/2018. Release of Transcript Restriction set for 5/1/2018.(Wayne, Bryan) (Entered: 01/31/2018) |
| 02/02/2018 | 56 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 52 Order on Motion for Miscellaneous Relief, by JAMES N. MATTIS. Fee Status: No Fee Paid. Parties have been notified. (Wyer, Kathryn) (Entered: 02/02/2018) |
| 02/02/2018 | 57 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 56 Notice of Appeal to DC Circuit Court. (td) (Entered: 02/02/2018) |
| 02/02/2018 | | | USCA Case Number 18−5032 for 56 Notice of Appeal to DC Circuit Court filed by JAMES N. MATTIS. (zrdj) (Entered: 02/06/2018) |
| 02/09/2018 | 58 | | Consent MOTION to Modify *Briefing Schedule* as to 48 MOTION to Unseal Document 47 Sealed Document filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, 45 Sealed Document filed by JAMES N. MATTIS by JAMES N. MATTIS (Attachments: # 1 Text of Proposed Order)(Wyer, Kathryn) Modified event title on 2/12/2018 (znmw). (Entered: 02/09/2018) |
| 02/09/2018 | 59 | | RESPONSE re 49 Sealed Document, 46 Sealed Document, *to Respondent's Factual Return* filed by JOHN DOE. (Attachments: # 1 Appendix)(Hafetz, Jonathan) (Entered: 02/09/2018) |
| 02/12/2018 | 60 | | MOTION for Leave to File *Response to Petitioner's Response to Factual Return* by JAMES N. MATTIS (Attachments: # 1 Text of Proposed Order)(Wyer, Kathryn) (Entered: 02/12/2018) |
| 02/12/2018 | 61 | | RESPONSE re 60 MOTION for Leave to File *Response to Petitioner's Response to Factual Return* filed by JOHN DOE. (Attachments: # 1 Text of Proposed Order)(Spitzer, Arthur) (Entered: 02/12/2018) |
| 02/13/2018 | 62 | | NOTICE of Appearance by Olivia R. Hussey Scott on behalf of JAMES N. MATTIS (Scott, Olivia) (Entered: 02/13/2018) |
| 02/14/2018 | 63 | | ORDER granting 58 Respondent's Consent Motion to Amend Briefing Schedule. Respondent shall file a memorandum in opposition to Petitioners Motion to Unseal by March 5, 2018. Petitioner shall file a reply in support of Petitioners Motion to Unseal by March 19, 2018. Signed by Judge Tanya S. Chutkan on 2/14/2018. (lctsc2). (Entered: 02/14/2018) |
| 02/14/2018 | | | Set/Reset Deadlines: Memorandum in opposition to motion to unseal due by 3/5/2018 Reply due by 3/19/2018. (tb) (Entered: 02/14/2018) |
| 02/14/2018 | 64 | | NOTICE OF FILING REDACTED DOCUMENT to 44 Notice (Other) by JAMES N. MATTIS (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 ECF 44 (Redacted))(Wyer, Kathryn) (Entered: 02/14/2018) |
| 02/14/2018 | 65 | | SEALED DOCUMENT filed by JAMES N. MATTIS(This document is SEALED and only available to authorized persons.) (Attachments: # 1 SEALED DOCUMENT)(Wyer, Kathryn) (Entered: 02/14/2018) |
| 02/14/2018 | 66 | | |

11

| | | |
|---|---|---|
| | | NOTICE OF FILING REDACTED DOCUMENT to 49 Sealed Document, 46 Sealed Document, by JAMES N. MATTIS (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 ECF 46 (Redacted), # 2 ECF 49 (Redacted))(Wyer, Kathryn) (Entered: 02/14/2018) |
| 02/15/2018 | 67 | NOTICE *of Filing Public Version of Previously Sealed Filing* by JOHN DOE re 47 Sealed Document (Attachments: # 1 Petitioner Response to Respondent Ex Parte Declaration)(Shamsi, Hina) (Entered: 02/15/2018) |
| 02/15/2018 | 68 | NOTICE *TO THE COURT CONCERNING RESPONDENT'S SEALED FILING* by JOHN DOE re 65 Sealed Document (Hafetz, Jonathan) (Entered: 02/15/2018) |
| 02/15/2018 | 69 | NOTICE OF WITHDRAWAL OF MOTION by JOHN DOE re 48 MOTION to Unseal Document 47 Sealed Document filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, 45 Sealed Document filed by JAMES N. MATTIS (Hafetz, Jonathan) (Entered: 02/15/2018) |
| 02/16/2018 | 70 | ORDER granting in part and denying in part 60 Motion for Leave to File Response. Respondent may file a response of not more than 15 pages to Petitioner's filing (ECF No. 59) on or before February 28, 2018, and Petitioner may file a reply of not more than 10 pages on or before March 14, 2018. Signed by Judge Tanya S. Chutkan on 2/16/2018.(lctsc2). (Entered: 02/16/2018) |
| 02/20/2018 | | Set/Reset Deadlines: Response due by 2/28/2018. Reply due by 3/14/2018. (tb) (Entered: 02/20/2018) |
| 02/27/2018 | 71 | NOTICE *to the Court Concerning Petitioner's Previous Notice, ECF No. 68* by JOHN DOE re 68 Notice (Other), 65 Sealed Document (Hafetz, Jonathan) (Entered: 02/27/2018) |
| 02/28/2018 | 72 | TRANSCRIPT OF PROCEEDINGS before Judge Tanya S. Chutkan held on January 18, 2018; Page Numbers: 1 − 45. Court Reporter/Transcriber Cathryn Jones, Telephone number 202 354−3246, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 3/21/2018. Redacted Transcript Deadline set for 3/31/2018. Release of Transcript Restriction set for 5/29/2018.(Jones, Cathryn) (Main Document 72 replaced on 3/1/2018) (znmw). (Entered: 02/28/2018) |
| 02/28/2018 | 73 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Hope Metcalf, :Address− 127 Wall Street, New Haven, CT 06511. Phone No. − (203) 432−9404. Fax No. − (203) 432−8260 Filing fee $ 100, receipt number 0090−5353019. Fee Status: Fee Paid. by JOHN DOE (Attachments: # 1 |

12

| | | | |
|---|---|---|---|
| | | | Declaration of Hope Metcalf, # 2 Text of Proposed Order)(Hafetz, Jonathan) (Entered: 02/28/2018) |
| 02/28/2018 | 74 | | RESPONSE re 59 Response to Document filed by JAMES N. MATTIS. (Attachments: # 1 Appendix A)(Wyer, Kathryn) (Entered: 02/28/2018) |
| 03/01/2018 | | | MINUTE ORDER: Granting 73 Motion for Leave to Appear Pro Hac Vice. Attorney Hope Richardson Metcalf is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiff. Signed by Judge Tanya S. Chutkan on 3/1/18. (DJS) (Entered: 03/01/2018) |
| 03/09/2018 | 75 | | TRANSCRIPT OF 12/11/17 STATUS HEARING before Judge Tanya S. Chutkan held on December 11, 2017. Page Numbers: 1−41. Date of Issuance: March 9, 2018. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(Wayne, Bryan) (Entered: 03/09/2018) |
| 03/14/2018 | 76 | | REPLY re 74 Response to Document filed by JOHN DOE. (Hafetz, Jonathan) (Entered: 03/14/2018) |
| 04/16/2018 | 77 | | SEALED DOCUMENT filed by JAMES N. MATTIS(This document is SEALED and only available to authorized persons.) (Attachments: # 1 SEALED DOCUMENT)(Wyer, Kathryn) (Entered: 04/16/2018) |
| 04/16/2018 | | | MINUTE ORDER: No later than 10:15 pm eastern time the USA shall file a notice indicating that it has served a copy of its Sealed Notice 77 on the Petitioner. Signed by Judge Tanya S. Chutkan on 4/16/18. (DJS) (Entered: 04/16/2018) |
| 04/16/2018 | 78 | | NOTICE *of Service* by JAMES N. MATTIS re Order (Wyer, Kathryn) (Entered: 04/16/2018) |
| 04/17/2018 | | | MINUTE ORDER: No later than 1:00 pm today 4/17/18, the USA shall file a redacted version of their Sealed Notice 77 . Petitioner shall file a response to the USA's Sealed Notice by 5:00 pm today 4/17/18. A hearing is hereby set for 4/18/18 at 3:30 pm in Courtroom 9. Signed by Judge Tanya S. Chutkan on 4/17/18. (DJS) (Entered: 04/17/2018) |
| 04/17/2018 | 79 | | |

13

| | | | |
|---|---|---|---|
| | | | MOTION for Extension of Time to File Response/Reply *and for Brief Continuance of Hearing* by JOHN DOE (Attachments: # 1 Text of Proposed Order)(Kaufman, Brett) (Entered: 04/17/2018) |
| 04/17/2018 | 80 | | NOTICE OF FILING REDACTED DOCUMENT to Order, by JAMES N. MATTIS (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 ECF 77 (Redacted))(Wyer, Kathryn) (Entered: 04/17/2018) |
| 04/17/2018 | | | MINUTE ORDER: Granting 79 Petitioner's Motion for an Extension of Time to File Response to Respondent's Sealed Notice and for a Brief Continuance of Hearing. Petitioner shall file a response to the USA's Sealed Notice by 12:00 pm tomorrow 4/18/18. The hearing currently set for 4/18/18 at 3:30 pm is hereby rescheduled for 4/19/18 at 10:00 am in Courtroom 9. Signed by Judge Tanya S. Chutkan on 4/17/2018. (lctsc2). (Entered: 04/17/2018) |
| 04/17/2018 | | | Set/Reset Deadlines/Hearings: Redacted version of 77 due by 4/17/2018. Response due by 5:00 p.m. today. Status Conference set for 4/18/2018 at 03:30 PM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 04/17/2018) |
| 04/17/2018 | | | Set/Reset Deadlines/Hearings: Response to Respondent's Sealed Notice due by 12:00 p.m. on 4/18/2018 Motion Hearing RESCHEDULED to 4/19/2018 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 04/17/2018) |
| 04/18/2018 | 81 | | SEALED MOTION filed by JOHN DOE (Attachments: # 1 Memorandum in Support of Petitioner's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction, # 2 Text of Proposed Order for Temporary Restraining Order, # 3 Text of Proposed Order for Preliminary Injunction, # 4 Certificate Required by Local Civil Rule 65.1(a))(Hafetz, Jonathan) (Entered: 04/18/2018) |
| 04/18/2018 | 82 | | NOTICE OF FILING REDACTED DOCUMENT by JOHN DOE (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 ECF No. 81 (Redacted), # 2(SEALED PER CHAMBERS) ECF No. 81−1 (Redacted), # 3 ECF No. 81−2 (Redacted), # 4 ECF No. 81−3 (Redacted), # 5 ECF No. 81−4 (Redacted))(Hafetz, Jonathan) Modified on 4/18/2018 (ztd). (Entered: 04/18/2018) |
| 04/18/2018 | | | MINUTE ORDER: The USA shall file its response to Petitioner's Motion for Preliminary Injunction 81 by 9:00 pm tonight 4/18/18. Signed by Judge Tanya S. Chutkan on 4/18/18. (DJS) (Entered: 04/18/2018) |
| 04/18/2018 | 83 | | NOTICE OF FILING REDACTED DOCUMENT by JOHN DOE (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 ECF No. 81−1 (Redacted))(Hafetz, Jonathan) (Entered: 04/18/2018) |
| 04/18/2018 | 84 | | SEALED DOCUMENT filed by JAMES N. MATTIS re Order, 81 SEALED MOTION filed by JOHN DOE (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Sealed Document)(Wyer, Kathryn) (Entered: 04/18/2018) |
| 04/18/2018 | 85 | | |

|  |  |  | |
|---|---|---|---|
|  |  |  | SEALED DOCUMENT filed by JOHN DOE(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Respondent−Appellant Brief, # 2 Petitioner−Appellee Brief, # 3 Respondent−Appellant Reply)(Hafetz, Jonathan) (Entered: 04/18/2018) |
| 04/18/2018 | 86 |  | NOTICE by JOHN DOE re 85 Sealed Document (Hafetz, Jonathan) (Entered: 04/18/2018) |
| 04/19/2018 |  |  | Minute Entry: Preliminary Injunction Hearing held on 4/19/2018 before Judge Tanya S. Chutkan: Argument heard and taken under advisement. Order forthcoming. (Court Reporter Bryan Wayne) (tb) (Entered: 04/19/2018) |
| 04/19/2018 | 87 |  | (SEALED) MEMORANDUM AND OPINION.. Signed by Judge Tanya S. Chutkan on 4/19/2018. (zmd) Modified on 4/20/2018 to add "sealed" (td). (Entered: 04/19/2018) |
| 04/19/2018 | 88 | 18 | ORDER GRANTING Petitioner's Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 4/19/18. (DJS) (Entered: 04/19/2018) |
| 04/20/2018 | 89 | 16 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 88 Order by JAMES N. MATTIS. Fee Status: No Fee Paid. Parties have been notified. (Wyer, Kathryn) (Entered: 04/20/2018) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 1:17-cv-2069 (TSC) |
| v. ) | |
| GEN. JAMES N. MATTIS, ) in his official capacity as SECRETARY OF DEFENSE, ) | |
| Respondent. ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Respondent General James N. Mattis, Secretary, United States Department of Defense, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order filed and entered April 19, 2018 (Dkt. 88), which prohibits Respondent from transferring Petitioner to the custody of another country.

April 20, 2018                                              Respectfully submitted,

                                                            CHAD A. READLER
                                                            Acting Assistant Attorney General
                                                            JESSIE K. LIU
                                                            United States Attorney
                                                            TERRY M. HENRY
                                                            Assistant Director, Federal Programs Branch

                                                            /s/ Kathryn L. Wyer
                                                            JAMES M. BURNHAM
                                                            Senior Counsel
                                                            KATHRYN L. WYER
                                                            Senior Trial Counsel, Federal Programs
                                                            OLIVIA HUSSEY SCOTT
                                                            Trial Attorney, Federal Programs
                                                            U.S. Department of Justice, Civil Division
                                                            20 Massachusetts Avenue, N.W.

Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE,<br><br>        *Petitioner*,<br><br>        v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>        *Respondent*. | No. 17-cv-2069 (TSC) |

**PRELIMINARY INJUNCTION**

Upon consideration of Petitioner's Motion for a Preliminary Injunction, ECF No. 81, and the entire record in this case, it is hereby ORDERED that Petitioner's Motion for a Preliminary Injunction is hereby GRANTED, and that Respondent James N. Mattis (along with his successors in office, officers, agents, servants, employees, and anyone acting in concert with him) is, until further order of this Court, hereby enjoined from transferring Petitioner from U.S. custody.

The court will issue a redacted public version of the Opinion and Order after consultation with the parties.

Date: April 19, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge