IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 1:17-cv-2069 (TSC) |
| ) | |
| GEN. JAMES N. MATTIS, ) | |
|   in his official capacity as SECRETARY ) | |
|   OF DEFENSE, ) | |
| ) | |
| Respondent. ) | |

## NOTICE

Respondent hereby notifies the Court that, as described in the Declaration filed under seal concurrently herewith, the Department of Defense (the "Department") has determined that it will release Petitioner in Syria, consistent with the traditional military practice employed in the United States Central Command area of responsibility and with the Department's obligations under the law of war. Counsel for Respondent has communicated with Petitioner's counsel regarding the Department's plan and has previously provided Petitioner's counsel with the details set forth in the attached Declaration, which Petitioner's counsel agreed to treat as under seal for purposes of that communication. During that communication, Respondent explained that it intended to release Petitioner in one of two possible locations—either in a town or outside an Internally Displaced Person camp—and would allow Petitioner to choose which location he preferred. Petitioner's counsel had the opportunity to convey this information directly to Petitioner. Ultimately, Petitioner did not identify a preference between the two locations and would not agree to the release as Respondent described it. Accordingly, out of an abundance of caution, the Department is filing this Notice of its intent to release Petitioner in the town

specified in the Declaration no sooner than 72 hours hence. Undersigned counsel for Respondent has served the Declaration on counsel for Petitioner by e-mail sent immediately prior to this filing.[1]

June 6, 2018                                                                 Respectfully submitted,

                                                                       CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*

---

[1] While this Notice is being filed publicly, the Declaration is being filed separately under seal so that the Department may effectuate Petitioner's release in accord with its standard protocols designed to safeguard the security of Department operations, which require that the details of such operations occur without advance public notification. In the meantime, the Declaration is undergoing review for purposes of filing a public version of the Declaration as soon as practicable, and it will be reviewed again for public filing after Petitioner's release.