**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　*Petitioner*,<br><br>　　v.<br><br>GEN. JAMES N. MATTIS,<br>　in his official capacity as SECRETARY OF DEFENSE,<br><br>　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

# ECF 97-3

# REDACTED VERSION FOR PUBLIC FILING

~~UNDER SEAL~~

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>*Petitioner*,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>*Respondent*. | No. 17-cv-2069 (TSC)<br><br>~~UNDER SEAL~~ |

**[PROPOSED]
TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioner's Application for a Temporary Restraining Order, and the entire record in this case;

It appears to the Court that: (1) Petitioner is likely to succeed on the merits of his challenge to Respondent's proposed release of Petitioner in Syria; (2) if Respondent is not immediately restrained from releasing Petitioner from U.S. custody into an unsafe area in Syria, Petitioner is likely to suffer irreparable injury; (3) any harm to Respondent that will result if such an order is issued is significantly outweighed by the harm to Petitioner that will result if an order is not issued; and (4) the public interest favors the entry of such an order. It is, therefore,

ORDERED that Petitioner's Application for a Temporary Restraining Order is hereby GRANTED, and that Respondent James N. Mattis (along with his successors in office, officers, agents, servants, employees, and anyone acting in concert with him) is, for fourteen days from the date shown below, hereby temporarily restrained from releasing Petitioner from U.S. custody in Syria.

1

**~~UNDER SEAL~~**

It is further ORDERED that Petitioner shall not be required to furnish security for costs.

Dated:  June ____, 2018 at _____ p.m.    _____
                                          TANYA S. CHUTKAN
                                          United States District Judge