**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　*Petitioner*,<br><br>　　v.<br><br>GEN. JAMES N. MATTIS,<br>　in his official capacity as SECRETARY OF DEFENSE,<br><br>　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

# ECF 97-4

# REDACTED VERSION FOR PUBLIC FILING

~~UNDER SEAL~~

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>       *Petitioner*,<br><br>v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>       *Respondent*. | No. 17-cv-2069 (TSC)<br><br>~~UNDER SEAL~~ |

# CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)

Pursuant to Local Rule 65.1(a), the undersigned counsel for Petitioner hereby certifies as follows:

Copies of all pleadings and papers filed by Petitioner on June 7, 2018, have been delivered to Respondent by email addressed to Kathryn L. Wyer, U.S. Department of Justice, Civil Division, 20 Massachusetts Avenue, NW, Washington, D.C. 20001 (kathryn.wyer@usdoj.gov), and Terry Marcus Henry, U.S. Department of Justice, Civil Division, 20 Massachusetts Avenue, NW, Washington, D.C. 20001 (terry.henry@usdoj.gov), at approximately 8 p.m. on June 7, 2018.

Dated:  June 7, 2018                              Respectfully submitted,

                                                                /s/ *Jonathan Hafetz*
Arthur B. Spitzer (D.C. Bar No. 235960)           Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                    Dror Ladin (*pro hac vice*)
 of the District of Columbia                      Anna Diakun
915 15th Street, NW, 2nd Floor                    Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                              Hina Shamsi (D.C. Bar No. MI0071)

**~~UNDER SEAL~~**

| | |
|---|---|
| Tel: 202-457-0800 | American Civil Liberties Union Foundation |
| Fax: 202-457-0805 | 125 Broad Street—18th Floor |
| aspitzer@acludc.org | New York, New York 10004 |
| | Tel: 212-549-2500 |
| | Fax: 212-549-2654 |
| | jhafetz@aclu.org |
| | dladin@aclu.org |
| | adiakun@aclu.org |
| | bkaufman@aclu.org |
| | hshamsi@aclu.org |

*Counsel for Petitioner*