| | |
|---|---|
| **No. 18-5032** | **September Term, 2017** |
| | 1:17-cv-02069-TSC |
| | **Filed On: June 28, 2018** [1738234] |

John Doe,

      Appellee

    v.

James Mattis, in his official capacity as Secretary of Defense,

      Appellant

------------------------------

Consolidated with 18-5110

## M A N D A T E

In accordance with the judgment of May 7, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:    /s/
         Ken R. Meadows
         Deputy Clerk

Link to the judgment filed May 7, 2018

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 18-5032

September Term, 2017

FILED ON: MAY 7, 2018

JOHN DOE,
    APPELLEE

v.

JAMES MATTIS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF DEFENSE,
    APPELLANT

---

Consolidated with 18-5110

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-02069)

Before: HENDERSON, SRINIVASAN, and WILKINS, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

            FOR THE COURT:
            Mark J. Langer, Clerk

       BY: /s/

           Ken Meadows
           Deputy Clerk

Date: May 7, 2018

Opinion for the court filed by Circuit Judge Srinivasan.
Dissenting opinion filed by Circuit Judge Henderson.