**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>    v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

**PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Petitioner John Doe respectfully moves for a brief extension of time to file his Reply to Respondent's Opposition to Petitioner's Motion for a Preliminary Injunction. Under the Court's June 19, 2018 Minute Order, Petitioner's Reply is due on Tuesday, July 3, 2018. Petitioner requests a three-day extension for his Reply until Friday, July 6, 2018, so that he is able to more fully address the legal and factual arguments in Respondent's Opposition. Petitioner does not request a change to the hearing date, currently scheduled for July 13, 2018 at 10:00 a.m.

Respondent consents to this motion. Petitioner appreciates the Court's consideration of this request. A proposed order is filed herewith.

Dated: July 2, 2018

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
 of the District of Columbia
915 15th Street, NW, 2nd Floor

Respectfully submitted,

 /s/ *Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
Brett Max Kaufman (D.C. Bar No. NY0224)
Hina Shamsi (D.C. Bar No. MI0071)
Dror Ladin (*pro hac vice*)

Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

Anna Diakun
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
bkaufman@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
dladin@aclu.org
adiakun@aclu.org

*Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>    v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Petitioner's consent motion for an extension of time to file a Reply to Respondent's Opposition to Petitioner's Motion for a Preliminary Injunction, and for good cause shown, Petitioner's motion is hereby GRANTED. Accordingly, it is

ORDERED that Petitioner's Reply is due on July 6, 2018.


Dated: July _____, 2018          _____
                            Tanya S. Chutkan
                            United States District Judge