IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-2069 (TSC) |
| | ) |
| GEN. JAMES N. MATTIS, | ) |
| in his official capacity as SECRETARY OF DEFENSE, | ) |
| | ) |
| Respondent. | ) |

**JOINT STATUS REPORT**

The parties hereby provide notice that, as urged by the Court, the parties are engaged in ongoing settlement discussions regarding resolution of this case. Accordingly, the parties respectfully request that the Court hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for ten days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before July 30 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

July 19, 2018                                                             Respectfully submitted,

                                                                          */s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)        Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                 Dror Ladin (*pro hac vice*)
   of the District of Columbia                 Anna Diakun
915 15th Street, NW, 2nd Floor                 Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                           Hina Shamsi (D.C. Bar No. MI0071)
Tel: 202-457-0800                              American Civil Liberties Union Foundation
Fax: 202-457-0805                              125 Broad Street—18th Floor
aspitzer@acludc.org                            New York, New York 10004

Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
dladin@aclu.org
adiakun@aclu.org
bkaufman@aclu.org
hshamsi@aclu.org

*Counsel for Petitioner*

CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs
　　　　　　　　　　　　　　*/s/*
*Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*