IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> Petitioner, <br><br> v. <br><br> GEN. JAMES N. MATTIS, <br> in his official capacity as SECRETARY <br> OF DEFENSE, <br><br> Respondent. | Civil Action No. 1:17-cv-2069 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2018 minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional fourteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before August 13 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

Dated: July 30, 2018

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800

Respectfully submitted,

 */s/ Jonathan Hafetz*
Jonathan Hafetz (D.C. Bar No. NY0251)
Brett Max Kaufman (D.C. Bar No. NY0224)
Dror Ladin (*pro hac vice*)
Hina Shamsi (D.C. Bar No. MI0071)
Anna Diakun
American Civil Liberties Union Foundation

| | |
|---|---|
| Fax: 202-457-0805<br>aspitzer@acludc.org | 125 Broad Street—18th Floor<br>New York, New York 10004<br>Tel: 212-549-2500<br>Fax: 212-549-2654<br>jhafetz@aclu.org<br>bkaufman@aclu.org<br>dladin@aclu.org<br>hshamsi@aclu.org |
| *Counsel for Petitioner* | adiakun@aclu.org |

CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs

*/s/ Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov

*Counsel for Respondent*