IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>GEN. JAMES N. MATTIS, )<br>  in his official capacity as SECRETARY )<br>  OF DEFENSE, )<br>)<br>  Respondent. ) | Civil Action No. 1:17-cv-2069 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 13, 2018 minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional sixteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before September 12 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

August 27, 2018                                                                 Respectfully submitted,

   */s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)           Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                              Dror Ladin (*pro hac vice*)
  of the District of Columbia                                    Anna Diakun
915 15th Street, NW, 2nd Floor                            Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                                         Hina Shamsi (D.C. Bar No. MI0071)
Tel: 202-457-0800                                                   American Civil Liberties Union Foundation
Fax: 202-457-0805                                                 125 Broad Street—18th Floor
aspitzer@acludc.org                                               New York, New York 10004

        Tel: 212-549-2500
        Fax: 212-549-2654
        jhafetz@aclu.org
        dladin@aclu.org
        adiakun@aclu.org
        bkaufman@aclu.org
        hshamsi@aclu.org

*Counsel for Petitioner*

CHAD A. READLER
Acting Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

                              */s/*

*Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*