IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
|         Petitioner, | ) |
|       v. | ) Civil Action No. 1:17-cv-2069 (TSC) |
| GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY<br>  OF DEFENSE, | ) |
|         Respondent. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 28, 2018 minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional fourteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before September 26 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

September 12, 2018                                                          Respectfully submitted,

                                                                                                                      */s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)            Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                             Dror Ladin (*pro hac vice*)
   of the District of Columbia                                 Anna Diakun
915 15th Street, NW, 2nd Floor                             Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                                            Hina Shamsi (D.C. Bar No. MI0071)
Tel: 202-457-0800                                                      American Civil Liberties Union Foundation
Fax: 202-457-0805                                                     125 Broad Street—18th Floor
aspitzer@acludc.org                                                  New York, New York 10004

                Tel: 212-549-2500
                Fax: 212-549-2654
                jhafetz@aclu.org
                dladin@aclu.org
                adiakun@aclu.org
                bkaufman@aclu.org
                hshamsi@aclu.org

*Counsel for Petitioner*

                JOSEPH H. HUNT
                Assistant Attorney General
                JESSIE K. LIU
                United States Attorney
                TERRY M. HENRY
                Assistant Director, Federal Programs Branch

                */s/ Kathryn L. Wyer*
                JAMES M. BURNHAM
                Senior Counsel
                KATHRYN L. WYER
                Senior Trial Counsel, Federal Programs
                OLIVIA HUSSEY SCOTT
                Trial Attorney, Federal Programs
                U.S. Department of Justice, Civil Division
                20 Massachusetts Avenue, N.W
                Washington, DC   20530
                Tel. (202) 616-8475 / Fax (202) 616-8470
                kathryn.wyer@usdoj.gov
                *Attorneys for Respondent*