IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEN. JAMES N. MATTIS, ) <br>   in his official capacity as SECRETARY ) <br>   OF DEFENSE, ) <br> ) <br>     Respondent. ) | Civil Action No. 1:17-cv-2069 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 12, 2018 minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional fourteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before October 10 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

September 26, 2018                                                                    Respectfully submitted,

                                                                                                 */s/ Jonathan Hafetz*
Arthur B. Spitzer (D.C. Bar No. 235960)          Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                          Dror Ladin (*pro hac vice*)
   of the District of Columbia                             Anna Diakun
915 15th Street, NW, 2nd Floor                       Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                                    Hina Shamsi (D.C. Bar No. MI0071)
Tel: 202-457-0800                                             American Civil Liberties Union Foundation
Fax: 202-457-0805                                           125 Broad Street—18th Floor
aspitzer@acludc.org                                         New York, New York 10004

                    Tel: 212-549-2500
                    Fax: 212-549-2654
                    jhafetz@aclu.org
                    dladin@aclu.org
                    adiakun@aclu.org
                    bkaufman@aclu.org
                    hshamsi@aclu.org

*Counsel for Petitioner*

                    JOSEPH H. HUNT
                    Assistant Attorney General
                    JESSIE K. LIU
                    United States Attorney
                    TERRY M. HENRY
                    Assistant Director, Federal Programs Branch

                    */s/ Kathryn L. Wyer*
                    JAMES M. BURNHAM
                    Senior Counsel
                    KATHRYN L. WYER
                    Senior Trial Counsel, Federal Programs
                    OLIVIA HUSSEY SCOTT
                    Trial Attorney, Federal Programs
                    U.S. Department of Justice, Civil Division
                    20 Massachusetts Avenue, N.W
                    Washington, DC   20530
                    Tel. (202) 616-8475 / Fax (202) 616-8470
                    kathryn.wyer@usdoj.gov
                    *Attorneys for Respondent*