IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, </br></br> Petitioner, </br></br> v. </br></br> GEN. JAMES N. MATTIS, </br>   in his official capacity as SECRETARY </br>   OF DEFENSE, </br></br> Respondent. | Civil Action No. 1:17-cv-2069 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 27, 2018, minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional fourteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before October 24 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

October 10, 2018                                                                 Respectfully submitted,

                                                                                   */s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)                Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union                                   Dror Ladin (*pro hac vice*)
   of the District of Columbia                                       Anna Diakun
915 15th Street, NW, 2nd Floor                                   Brett Max Kaufman (D.C. Bar No. NY0224)
Washington, DC 20005                                                Hina Shamsi (D.C. Bar No. MI0071)
Tel: 202-457-0800                                                          American Civil Liberties Union Foundation
Fax: 202-457-0805                                                        125 Broad Street—18th Floor
aspitzer@acludc.org                                                     New York, New York 10004

        Tel: 212-549-2500
        Fax: 212-549-2654
        jhafetz@aclu.org
        dladin@aclu.org
        adiakun@aclu.org
        bkaufman@aclu.org
        hshamsi@aclu.org

*Counsel for Petitioner*

        JOSEPH H. HUNT
        Assistant Attorney General
        JESSIE K. LIU
        United States Attorney
        TERRY M. HENRY
        Assistant Director, Federal Programs Branch

        */s/ Kathryn L. Wyer*
        JAMES M. BURNHAM
        Senior Counsel
        KATHRYN L. WYER
        Senior Trial Counsel, Federal Programs
        OLIVIA HUSSEY SCOTT
        Trial Attorney, Federal Programs
        U.S. Department of Justice, Civil Division
        1100 L Street, N.W., Room 12014
        Washington, DC  20005
        Tel. (202) 616-8475 / Fax (202) 616-8470
        kathryn.wyer@usdoj.gov
        *Attorneys for Respondent*