IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Petitioner, | )  Civil Action No. 1:17-cv-2069 (TSC) |
| | ) |
| v. | ) |
| | ) |
| GEN. JAMES N. MATTIS, | ) |
| in his official capacity as SECRETARY OF DEFENSE, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Terry M. Henry as counsel for the Respondent in this matter. All future correspondence and other communications regarding this matter should be directed to Mr. Henry at the address and telephone number below (e-mail address and telephone and fax numbers are unchanged).

Dated:  October 10, 2018                                Respectfully submitted,

 /s/ Terry M. Henry
TERRY M. HENRY
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW   Rm. 7301
Washington, DC   20005
Tel: (202) 514-4107
Fax: (202) 616-8470
E-mail: Terry.Henry@usdoj.gov

*Counsel for Respondent*