IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> Petitioner, <br><br> v. <br><br> GEN. JAMES N. MATTIS, <br> in his official capacity as SECRETARY OF DEFENSE, <br><br> Respondent. | Civil Action No. 1:17-cv-2069 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 10, 2018, minute order, the parties write to inform the Court that settlement discussions are ongoing. Accordingly, the parties respectfully request that the Court continue to hold in abeyance any ruling on Petitioner's pending Motion for Preliminary Injunction for an additional fourteen days while the parties continue these discussions. If the Court grants this request, the parties will inform the Court on or before November 7 whether an agreement has been reached, whether an agreement has not been reached and the parties have not agreed that the motion should continue to be held in abeyance, or whether both parties jointly request additional time.

October 24, 2018

Respectfully submitted,

*/s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

Jonathan Hafetz (D.C. Bar No. NY0251)
Dror Ladin (*pro hac vice*)
Anna Diakun
Brett Max Kaufman (D.C. Bar No. NY0224)
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004

Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
dladin@aclu.org
adiakun@aclu.org
bkaufman@aclu.org
hshamsi@aclu.org

*Counsel for Petitioner*

JOSEPH H. HUNT
Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Respondent*