IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 1:17-cv-2069 (TSC) |
| GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY<br>  OF DEFENSE, | ) |
|       Respondent. | ) |

## **STIPULATION OF DISMISSAL**

The parties hereby give notice that, with Petitioner's consent, the U.S. Department of Defense released Petitioner in Bahrain on October 28, 2018. Accordingly, it is hereby stipulated and agreed, by and between the parties, that this action shall be dismissed with prejudice, each party to bear their own costs and fees.

November 7, 2018

Respectfully submitted,

*/s/ Jonathan Hafetz*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

Jonathan Hafetz (D.C. Bar No. NY0251)
Dror Ladin (*pro hac vice*)
Anna Diakun
Brett Max Kaufman (D.C. Bar No. NY0224)
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
dladin@aclu.org
adiakun@aclu.org
bkaufman@aclu.org
hshamsi@aclu.org

*Counsel for Petitioner*

        JOSEPH H. HUNT
        Assistant Attorney General
        JESSIE K. LIU
        United States Attorney
        TERRY M. HENRY
        Assistant Director, Federal Programs Branch

        */s/ Kathryn L. Wyer*
        JAMES M. BURNHAM
        Senior Counsel
        KATHRYN L. WYER
        Senior Trial Counsel, Federal Programs
        OLIVIA HUSSEY SCOTT
        Trial Attorney, Federal Programs
        U.S. Department of Justice, Civil Division
        1100 L Street, N.W., Room 12014
        Washington, DC   20005
        Tel. (202) 616-8475 / Fax (202) 616-8470
        kathryn.wyer@usdoj.gov
        *Attorneys for Respondent*