UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>          *Petitioner*,<br><br>     v.<br><br>GEN. JAMES N. MATTIS,<br>   in his official capacity as SECRETARY OF DEFENSE,<br><br>          *Respondent*. | No. 17-cv-2069 (TSC) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 125, this action is hereby dismissed with prejudice.  Each party to bear its own costs and fees.

Date:  November 7, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge