UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　*Petitioner*,<br><br>　　v.<br><br>GEN. JAMES N. MATTIS,<br>　in his official capacity as SECRETARY OF DEFENSE,<br><br>　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND THE TIME TO COMPLETE THE REQUIRED DESTRUCTION OF PROTECTED DOCUMENTS AND INFORMATION**

　　　Petitioner respectfully requests that this Court grant his request for an additional sixty (60) days to comply with paragraph 20 of the Protective Order entered on June 15, 2018, ECF No. 103, which requires the destruction of all protected documents and information, and any copies thereof, in the possession of Petitioner's counsel and any experts who have received such information from Petitioner's counsel, within sixty days of resolution of this case.

　　　On November 7, 2018, the Court issued an Order of Dismissal, ECF No. 126, dismissing the action in light of the Joint Stipulation of Dismissal filed by the parties, ECF No 125. Paragraph 20 of the Protective Order, accordingly, currently requires the destruction of the above-described protected material by January 6, 2019.

　　　Petitioner hereby requests an additional sixty (60) days, until March 7, 2019, to comply with the requirements of paragraph 20 of the Protective Order.

　　　Respondent agrees to this requested extension.

December 27, 2018　　　　　　　　　　　　　　　Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

Jonathan Hafetz (D.C. Bar No. NY0251)
Brett Max Kaufman (D.C. Bar No. NY0224)
Anna Diakun
Dror Ladin (*pro hac vice*)
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
jhafetz@aclu.org
bkaufman@aclu.org
adiakun@aclu.org
dladin@aclu.org
hshamsi@aclu.org

*Counsel for Petitioner*

JOSEPH H. HUNT
Assistant Attorney General
JESSIE K. LIU
United States Attorney
TERRY M. HENRY
Assistant Director, Federal Programs Branch

/s/ *Kathryn L. Wyer*
JAMES M. BURNHAM
Senior Counsel
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
OLIVIA HUSSEY SCOTT
Trial Attorney, Federal Programs
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov

*Counsel for Respondent*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>        *Petitioner*,<br><br>        v.<br><br>GEN. JAMES N. MATTIS,<br>  in his official capacity as SECRETARY OF DEFENSE,<br><br>        *Respondent*. | No. 17-cv-2069 (TSC) |

## [proposed] ORDER

Before the Court is Petitioner's Unopposed Motion to Extend the Time to Complete the Required Destruction of Protected Documents and Information.

It is hereby ORDERED that Petitioner's unopposed motion for an additional sixty (60) days to comply with paragraph 20 of the Protective Order entered on June 15, 2018, ECF No. 103, which requires the destruction of all protected documents and information, and any copies thereof, in the possession of Petitioner's counsel and any experts who have received such information from Petitioner's counsel, within sixty days of resolution of this case, is GRANTED.

The deadline for Petitioner to comply with the requirements of paragraph 20 of the Protective Order is accordingly extended to March 7, 2019.

SO ORDERED.

Dated: _____

                                                      _____
                                                      The Honorable Tanya S. Chutkan
                                                      United States District Judge