UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Petitioner*,<br><br>  v.<br><br>GEN. JAMES N. MATTIS,<br> in his official capacity as SECRETARY OF DEFENSE,<br><br>   *Respondent*. | Civil Action No. 17-cv-2069 (TSC) |

**ORDER**

  Before the Court is Petitioner's Unopposed Motion to Extend the Time to Complete the Required Destruction of Protected Documents and Information. ECF No. 127.

  It is hereby ORDERED that Petitioner's unopposed motion for an additional sixty (60) days to comply with paragraph 20 of the Protective Order entered on June 15, 2018, ECF No. 103, which requires the destruction of all protected documents and information, and any copies thereof, in the possession of Petitioner's counsel and any experts who have received such information from Petitioner's counsel, within sixty days of resolution of this case, is GRANTED.

  The deadline for Petitioner to comply with the requirements of paragraph 20 of the Protective Order is accordingly extended to March 7, 2019.

  SO ORDERED.

Dated: 1/1/19

                    _____
                    The Honorable Tanya S. Chutkan
                    United States District Judge