UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

        *Petitioner*,

        v.

PATRICK M. SHANAHAN,
  in his official capacity as ACTING SECRETARY OF DEFENSE,

        *Respondent*.[*]

No. 17-cv-2069 (TSC)

**ORDER**

Before the Court is Petitioner's Unopposed Motion to Extend Petitioner's Time to Comply with Paragraph 20 of the Protective Order to Identify and Destroy Protected Documents and Information. ECF No. 129.

It is hereby **ORDERED** that Paragraph 20 of the Protective Order is modified such that Petitioner's obligation to identify and destroy protected information is held in abeyance until thirty (30) days following final disposition of Petitioner's forthcoming motion challenging Respondent's continued designation of certain material as protected.

It is further **ORDERED** that Petitioner must file his motion challenging Respondent's continued designation of certain material as protected by April 8, 2019.

It is further **ORDERED** that any and all protected information will remain under seal

---

[*] Acting Secretary Shanahan has been substituted for former Secretary Mattis pursuant to Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

unless and until there is a final unappealable decision holding otherwise.

**SO ORDERED 2/28/19**

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge