IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE,            )<br>                              )<br>        Petitioner,   )<br>                              )<br>   v.                       )<br>                              )<br>PATRICK M. SHANAHAN,   )<br>   in his official capacity as ACTING   )<br>   SECRETARY OF DEFENSE,[1]   )<br>                              )<br>        Respondent.   ) | Civil Action No. 1:17-cv-2069 (TSC) |

**RESPONDENT'S CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PETITIONER'S MOTION TO UNSEAL**

Respondent Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense, hereby respectfully requests, with Petitioner's consent, an extension of the time within which to file a response to Petitioner's Motion to Unseal [ECF No. 131]. Good cause exists to grant this motion. Petitioner filed a Motion to Unseal on April 8, 2019. Pursuant to Local Rule 7(b), Respondent's response to Petitioner's Motion is currently due April 22, 2019. However, among other competing obligations, undersigned counsel had a preliminary injunction hearing in another case on April 11, 2019, and will be out of the office on previously-scheduled leave from April 22 to April 26, 2019. As a result, Respondent seeks an extension of the current deadline to May 13, 2019. Undersigned counsel for Respondent has conferred with counsel for Petitioner, who indicate that Petitioner consents to the requested extension of time. Accordingly, Respondent respectfully requests that the Court extend Respondent's deadline to file a response

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Patrick M. Shanahan is hereby substituted in his official capacity as Acting Secretary of Defense as the Respondent in this action.

to Petitioner's Motion to Unseal up to and including May 13, 2018.

April 16, 2019                              Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General
                                            JAMES M. BURNHAM
                                            Deputy Assistant Attorney General
                                            TERRY M. HENRY
                                            Assistant Director, Federal Programs Branch

                                            */s/ Kathryn L. Wyer*
                                            KATHRYN L. WYER
                                            Senior Trial Counsel, Federal Programs
                                            OLIVIA HUSSEY SCOTT
                                            Trial Attorney, Federal Programs
                                            U.S. Department of Justice, Civil Division
                                            1100 L Street, N.W., Room 12014
                                            Washington, DC  20005
                                            Tel. (202) 616-8475 / Fax (202) 616-8470
                                            kathryn.wyer@usdoj.gov
                                            *Attorneys for Respondent*