# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>  v.<br><br>PATRICK M. SHANAHAN,<br> in his official capacity as ACTING<br> SECRETARY OF DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

## JOINT MOTION FOR AN EXTENSION OF BRIEFING DEADLINES CONCERNING PETITIONER'S MOTION TO UNSEAL

Petitioner and Respondent, together, hereby respectfully request an extension of time within which to complete briefing on Petitioner's pending motion to unseal. *See* ECF No. 131 (Apr. 8, 2019). Good cause exists to grant this motion. On April 16, 2019, the Court granted Respondent's consent motion to extend the time within which to file his response to Petitioner's motion to May 13. *See* Minute Order (Apr. 16, 2019) (granting ECF No. 133). Pursuant to Local Rule 7(d), Petitioner's reply brief on the motion to unseal is currently due on May 20. Due to previously unplanned work travel surrounding that date, as well as other litigation deadlines, Petitioner's counsel approached Respondent's counsel to seek an extension of time in which to file Petitioner's reply brief and offered to adjust Respondent's briefing deadline to accommodate any emerging conflicts for Respondent's counsel as well. Accordingly, Petitioner and Respondent respectfully request that the Court (1) extend Respondent's deadline to file his response to Petitioner's motion to unseal up to and including May 21, 2019; and (2) extend

Petitioner's deadline to file his reply brief on the motion to unseal up to and including June 7, 2019.

| | |
|---|---|
| Dated:  May 8, 2019 | Respectfully submitted, |
| | |
| JOSEPH H. HUNT | */s/ Brett Max Kaufman* |
| Assistant Attorney General | Brett Max Kaufman (D.D.C. Bar No. NY0224) |
| JAMES M. BURNHAM | |
| Deputy Assistant Attorney General | Jonathan Hafetz (D.D.C. Bar No. NY0251) |
| TERRY M. HENRY | Anna Diakun |
| Assistant Director, Federal Programs Branch | Dror Ladin (D.D.C. Bar No. NY0277) |
| | Hina Shamsi (D.C. Bar No. MI0071) |
| */s/ Kathryn L. Wyer* | American Civil Liberties Union Foundation |
| KATHRYN L. WYER | 125 Broad Street—18th Floor |
| OLIVIA HUSSEY SCOTT | New York, New York 10004 |
| U.S. Department of Justice, Civil Division | T: 212-549-2500 |
| 1100 L Street, N.W., Room 12014 | F: 212-549-2654 |
| Washington, DC 20005 | bkaufman@aclu.org |
| T: 202-616-8475 | jhafetz@aclu.org |
| F: 202-616-8470 | adiakun@aclu.org |
| kathryn.wyer@usdoj.gov | dladin@aclu.org |
| | hshamsi@aclu.org |
| *Counsel for Respondent* | |
| | Arthur B. Spitzer (D.C. Bar No. 235960) |
| | American Civil Liberties Union |
| | of the District of Columbia |
| | 915 15th Street, NW, 2nd Floor |
| | Washington, DC 20005 |
| | T: 202-457-0800 |
| | aspitzer@acludc.org |
| | |
| | *Counsel for Petitioner* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　*Petitioner*,<br><br>　　v.<br><br>PATRICK M. SHANAHAN,<br>　in his official capacity as ACTING<br>　SECRETARY OF DEFENSE,<br><br>　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF BRIEFING DEADLINES CONCERNING PETITIONER'S MOTION TO UNSEAL**

Upon consideration of Petitioner's and Respondent's Joint Motion for an Extension of Briefing Deadlines Concerning Petitioner's Motion to Unseal, and for good cause shown, the motion is GRANTED. Accordingly, it is ORDERED that Respondent shall file a response to Petitioner's motion to unseal on or before May 21, 2019, and Petitioner shall file a reply on or before June 7, 2019.

Dated: _____, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge