IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> Petitioner, <br><br> v. <br><br> PATRICK M. SHANAHAN, <br> in his official capacity as ACTING <br> SECRETARY OF DEFENSE, <br><br> Respondent. | Civil Action No. 1:17-cv-2069 (TSC) <br><br> Third Declaration of <br> Mark E. Mitchell |

Pursuant to 28 U.S.C. § 1746, I, Mark E. Mitchell, hereby declare:

1. I currently serve as the Principal Deputy Assistant Secretary of Defense for Special Operations / Low-Intensity Conflict (SO/LIC) for the Department of Defense (DoD). I have served in that position since December 2017. As the Principal Deputy, I am personally involved in all aspects of the office's core responsibilities, including counterterrorism, unconventional warfare, direct action, special reconnaissance, foreign internal defense, civil affairs, information and psychological operations, counter proliferation of weapons of mass destruction, detention policy, and humanitarian/disaster relief.

2. My background includes 28 years of active duty with the U.S. Army in the Special Operations community, retiring as a Colonel in 2015. While on active duty, I served in combat in multiple conflicts, including deployments to Afghanistan in 2001-2002, and multiple tours in Iraq each year from 2003-2011. In 2010-2011, I commanded the 5th Special Forces Group (Airborne) as well as a nationwide Joint Special Operations Task Force in Iraq. I have also served in principal staff positions up to and including the Theater Special Operations Command, and have planned and conducted counterterrorism and counterinsurgency operations, foreign internal defense, unconventional warfare, and other sensitive special operations. From 2011-2013, I served as the Senior Military Assistant to ASD (SO/LIC). In 2014, I served as a Director for Counterterrorism on the National Security Council, where I was personally involved in significant hostage cases and recovery efforts in Syria, Yemen, Afghanistan, Pakistan, and Somalia, as well as other counterterrorism matters. I have a Master of Science Degree in Defense Analysis from the Naval Postgraduate School and have served as a National Security Fellow at the Harvard Kennedy School of Government.

3. This declaration is provided for use in the above-captioned habeas corpus litigation brought by a U.S. citizen (Petitioner) formerly detained by the Department of Defense (DoD) in Iraq.

1

In connection with that litigation, in June 2018, DoD proposed the release of Petitioner in the vicinity of ▮▮▮▮ Syria. My original declaration describing the proposed release was submitted under seal in order to safeguard the security of DoD military operations. Because the parties agreed that details regarding the proposed release, including information identifying ▮▮▮▮ where the proposed release would take place, would be redacted from public filings, I did not fully elaborate on the reasons for DoD's concern. Petitioner's attorneys have recently moved this court to unseal the proposed release location of ▮▮▮▮ and to publicly release the details that were previously redacted from public filings. I therefore submit this declaration to explain more fully the basis for DoD's concern and why that concern continues at the present time. The statements made below are based on my personal knowledge and on information made available to me in the performance of my official duties as described in Paragraph 1.

4. Specific operational locations are sensitive and are not disclosed publicly in the interest of operational security. The ▮▮▮▮ is one such operational location. Before DoD provided notice of the contemplated release of Petitioner in ▮▮▮▮ ▮▮▮▮ Since June 14, 2018, DoD has ▮▮▮▮ ▮▮▮▮ Despite news that the United States is seeking to withdraw forces from the area, U.S. and Combined Joint Task Force – Operation Inherent Resolve (CJTF-OIR, often referred to as the "Coalition," includes contributions from the U.S. and 73 other member nations) forces continue to conduct operations against ISIS (also referred to as ISIL) in Syria and Iraq that may result in the ▮▮▮▮ ▮▮▮▮ Disclosure of ▮▮▮▮ would allow ISIS to conclude that U.S. Forces have had a connection to this ▮▮▮▮ and to the Syrian Democratic Forces (SDF) in this area, on an ongoing basis. This conclusion would in turn pose a risk to U.S. forces when conducting ▮▮▮▮ Based on this information, ISIS members are likely to concentrate attention on ▮▮▮▮ which would increase the risk that U.S. forces would be identified when conducting ▮▮▮▮ Furthermore, DoD has not publicly disclosed that ▮▮▮▮ ▮▮▮▮ by making it easier for ISIS to identify that ▮▮▮▮

5. Disclosure of information that would focus ISIS's attention on the ▮▮▮▮ would also pose a significant operational security risk to U.S. and Coalition forces beyond

any ███ U.S. Forces ███ in the course of providing ███ in the fight against ISIS. U.S. forces have ███ ███ ███ for U.S. and Coalition forces ███ military operations against ISIS and other hostile forces. Disclosure of information identifying ███ U.S. forces have ███ and where DoD has proposed to release Petitioner is likely to concentrate ISIS's attention on this location when conducting attacks, which increases the risk to U.S. forces. DoD and the Coalition do not publicly disclose troop locations or movements and have not publicly released the fact that the location ███ ███ Thus, any confirmation of U.S. or Coalition forces ███ could, as discussed below, focus the attention of hostile forces on the area and, by virtue of that attention, create undue additional risk to U.S. and Coalition forces ███.

6. Despite losing its territorial caliphate, ISIS continues to pose a threat of often unpredictable insurgent-style attacks across Iraq and Syria. ISIS is attempting to broaden its area of operations and is escalating attacks in ███ Mosul and Fallujah in Iraq, as well as areas in ███ Iraq. There are indications that ISIS retains desert and mountain hideouts in both Syria and Iraq, from which its fighters can carry out attacks.

   a. ISIS is attempting to re-group in Syria, specifically to carry out new unconventional attacks against both the Syrian regime and the SDF in ███ including ███ ███.

   b. During April 2019, ISIS conducted two attacks against Syrian regime troops, causing over 50 casualties over two days. ███ Syria. Thus, the threat posed by ISIS, including in ███ is of significant concern.

   c. ISIS fighters continue to pose a threat to U.S. and Coalition forces. In the region, ISIS maintains both the intent and some limited capability to plan and wage attacks targeting U.S. and Coalition forces. However, to date, DoD has not detected that ISIS has any particular awareness ███ ███ Publicly disclosing ███ would increase the force protection risk to both U.S. and Coalition forces by focusing ISIS's attention on the very location ███ as described above.

7. The information that should remain sealed in order to avoid publicly identifying ███████ ███ for the proposed release of Petitioner in Syria includes the following: the name of the ███████████ descriptions of its geographical location, including descriptions of distances between it and other locations; descriptions of ███████████████ that, taken together, could be used to identify ████ descriptions of ██████████████████████ ████ which would also allow ████████ to be identified; and references to █████████ ███████████████████████████████████████████████████████████, would reveal ███████ identity.

8. The information that should remain sealed in order to avoid publicly disclosing that U.S. forces ████████████████████ includes the following: information about █████████████ ██████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████; and information that U.S. forces have a specific familiarity with █████████████████████ in the area.

9. For the same reasons discussed above, public disclosure of this declaration would tend to alert those hostile to U.S. and Coalition forces of likely █████████████████████ ████████████████████████████ and thereby increase the risk of harm to U.S. and Coalition forces.

10. The sealed information in previous filings also includes sensitive details regarding the proposed terms of Petitioner's release. The Court filings describe █████████ that DoD offered to Petitioner in an effort to reach a mutually agreeable course of action and that DoD continued to propose as part of the release described to the Court. These ████████ were a ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████ Disclosure of these proposals, though never realized, presents an unnecessary risk to the ████████████████████ ████████████████ in █████████ Syria. This ███████████ is sensitive, and public disclosure of DoD's assessment of ████████████████████████████████████████ ████████████████████████████████████ Public release of this information also poses a risk that ISIS, or other violent-extremist organizations, could learn of the proposed ████████████████████████████████████████████████████████████████ ████████████████████████.

11. For the reasons stated herein, this declaration, in its unredacted form, should not be publicly disclosed and should be maintained under seal.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2019.

_____
Mark E. Mitchell