UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

       *Petitioner*,

       v.

PATRICK M. SHANAHAN,
  in his official capacity as ACTING
  SECRETARY OF DEFENSE,

       *Respondent*.

No. 17-cv-2069 (TSC)

**CONSENT MOTION FOR AN EXTENSION OF BRIEFING DEADLINE
CONCERNING PETITIONER'S MOTION TO UNSEAL**

    Petitioner hereby respectfully requests an extension of time within which to file the reply brief on Petitioner's pending motion to unseal. *See* ECF No. 131 (Apr. 8, 2019). Good cause exists to grant this motion. On May 21, 2019, Respondent filed his sealed opposition to Petitioner's motion to unseal. *See* ECF No. 137. That filing contained a sealed declaration by Mark E. Mitchell of the Department of Defense that, for the first time, informed Petitioner of the detailed factual basis for Respondent's current position. In order to continue a careful evaluation of Respondent's claims, and to allow the parties time to consider potential avenues of resolving Petitioner's motion to unseal without the need for further litigation, Petitioner seeks a two-week extension of his reply-brief deadline. Counsel for Respondent consents to this request.

    Accordingly, Petitioner respectfully requests that the Court extend Petitioner's deadline to file his reply brief on the motion to unseal up to and including June 21, 2019.

Dated: June 4, 2019

Respectfully submitted,

<u>*/s/ Brett Max Kaufman*</u>

Brett Max Kaufman (D.D.C. Bar No. NY0224)
Jonathan Hafetz (D.D.C. Bar No. NY0251)
Anna Diakun
Dror Ladin (D.D.C. Bar No. NY0277)
Hina Shamsi (D.D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212-549-2500
F: 212-549-2654
bkaufman@aclu.org
jhafetz@aclu.org
adiakun@aclu.org
dladin@aclu.org
hshamsi@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
T: 202-457-0800
aspitzer@acludc.org

*Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Petitioner*,<br><br>    v.<br><br>PATRICK M. SHANAHAN,<br>  in his official capacity as ACTING<br>  SECRETARY OF DEFENSE,<br><br>    *Respondent*. | No. 17-cv-2069 (TSC) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF BRIEFING DEADLINE CONCERNING PETITIONER'S MOTION TO UNSEAL**

Upon consideration of Petitioner's Consent Motion for an Extension of Briefing Deadline Concerning Petitioner's Motion to Unseal, and for good cause shown, the motion is GRANTED.

Accordingly, it is ORDERED that Petitioner shall file a reply on or before June 21, 2019.

Dated: June ___, 2019

                                                                                      Tanya S. Chutkan
                                                                                      United States District Judge