UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　*Petitioner*,<br><br>　　v.<br><br>MARK T. ESPER,<br>　in his official capacity as ACTING<br>　SECRETARY OF DEFENSE,<br><br>　　　　　　　*Respondent*. | No. 17-cv-2069 (TSC) |

**CONSENT MOTION FOR A FURTHER EXTENSION OF BRIEFING DEADLINE
CONCERNING PETITIONER'S MOTION TO UNSEAL**

　　Petitioner hereby respectfully requests a second extension of time within which to file the reply brief on Petitioner's pending motion to unseal. *See* ECF No. 131 (Apr. 8, 2019). Good cause exists to grant this motion. The parties continue to consider potential avenues of resolving Petitioner's motion to unseal without the need for further litigation, and Petitioner seeks a further extension of his reply-brief deadline. Counsel for Respondent consents to this request.

　　Accordingly, Petitioner respectfully requests that the Court extend Petitioner's deadline to file his reply brief on the motion to unseal up to and including July 8, 2019.

Dated:  June 21, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Brett Max Kaufman*
　　　　　　　　　　　　　　　　　　　　　　Brett Max Kaufman (D.D.C. Bar No.
　　　　　　　　　　　　　　　　　　　　　　　NY0224)
　　　　　　　　　　　　　　　　　　　　　　Jonathan Hafetz (D.D.C. Bar No. NY0251)
　　　　　　　　　　　　　　　　　　　　　　Anna Diakun
　　　　　　　　　　　　　　　　　　　　　　Dror Ladin (D.D.C. Bar No. NY0277)
　　　　　　　　　　　　　　　　　　　　　　Hina Shamsi (D.D.C. Bar No. MI0071)
　　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation

125 Broad Street—18th Floor
New York, New York 10004
T: 212-549-2500
F: 212-549-2654
bkaufman@aclu.org
jhafetz@aclu.org
adiakun@aclu.org
dladin@aclu.org
hshamsi@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
T: 202-457-0800
aspitzer@acludc.org

*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE,

        *Petitioner*,

        v.

MARK T. ESPER,
  in his official capacity as ACTING
  SECRETARY OF DEFENSE,

        *Respondent*.

No. 17-cv-2069 (TSC)


**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR A FURTHER EXTENSION OF BRIEFING DEADLINE CONCERNING PETITIONER'S MOTION TO UNSEAL**

Upon consideration of Petitioner's Consent Motion for an Extension of Briefing Deadline Concerning Petitioner's Motion to Unseal, and for good cause shown, the motion is GRANTED.

Accordingly, it is ORDERED that Petitioner shall file a reply on or before July 8, 2019.


Dated: June ___, 2019

                                                _____
                                                Tanya S. Chutkan
                                                United States District Judge