**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JOHN DOE, |
| *Petitioner*, |
| v. |
| LLOYD AUSTIN, <br> in his official capacity as <br> SECRETARY OF DEFENSE, |
| *Respondent*. |

No. 17-cv-2069 (TSC)

## PETITIONER'S NOTICE OF WITHDRAWAL OF MOTION TO UNSEAL & NOTICE OF FILING OF NEW PUBLIC REDACTED VERSIONS OF DOCUMENTS

On April 8, 2019, Petitioner filed a Motion to Unseal Filings Concerning the Government's Mooted Plan to Forcibly Transfer Petitioner Into Syria. *See* ECF 131 (Sealed Filing); ECF 132-1 (Public Redacted Filing). On July 8, 2019, Petitioner filed (and the Court granted) a consent motion to hold his motion to unseal in abeyance after the parties reached an agreement in principle to resolve the motion without further litigation. The parties have now resolved the dispute.

First, Petitioner hereby gives NOTICE of the withdrawal of his motion to unseal. *See* ECF 131.

Second, Petitioner hereby gives NOTICE of the filing of new public redacted versions of ECF documents Nos. 97-1, 97-2, 99, 101, 106-1, 106-2, 106-4, 106-5, 108, and 111, and attachments thereto, that were the subjects of Petitioner's motion to unseal.

Dated: February 17, 2022

Respectfully submitted,

*/s/ Brett Max Kaufman*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
 of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

*Counsel for Petitioner*

Brett Max Kaufman (D.D.C. Bar No. NY0224)
Dror Ladin (D.D.C. Bar No. NY0277)
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
bkaufman@aclu.org
dladin@aclu.org
hshamsi@aclu.org